QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (pro hac vice forthcoming)
Michael T. Lifrak (Bar No. 210846)
Mari F. Henderson (Bar No. 307693)
Alex Bergjans (Bar No. 302830)
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel: 213 443 3000

TUCKER ELLIS LLP
Matthew A. Boyd (pro hac vice forthcoming)
Ndubisi A. Ezeolu (Bar No. 256834)
515 South Flower Street, Forty-Second Floor
Los Angeles, CA 90071
Tel: 213.430.3400

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DEREK DIXON, an individual<br><br>Plaintiff,<br><br>v.<br><br>TYLER PERRY, an individual; TPS PRODUCTION SERVICES, LLC, a Limited Liability Company; AND ACTION, LLC, a Limited Liability Company; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No.<br><br>**DECLARATION OF TYLER PERRY**<br><br>Complaint filed: June 13, 2025 |

I, Tyler Perry, certify and declare as follows:

1. I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I would and could competently testify under oath thereto.

2. I am a director, producer, screenwriter, playwright, and actor for television, stage, and film. I have lived in the State of Georgia for over thirty years, and my permanent residence is in Douglasville, Georgia.

3. I own property in other states, including a house in California, but I do not use (and have never used) any of these properties as my permanent residence.

DECLARATION OF TYLER PERRY

4. I consider Georgia to be my home, where I intend to reside, return, and remain indefinitely. My primary residence is in Georgia. I am registered to vote and vote in the State of Georgia. I have a Georgia driver's license, and I pay income taxes in the State of Georgia.

5. My production studio is located in Georgia. That is where I principally work and engage in other business activities. I periodically visit California, but I do not regularly engage in business activities in California.

6. I was first introduced to Derek Dixon in or around 2019, I believe in Atlanta associated with the opening event for Tyler Perry Studios (held in Atlanta). Aside from two cast trips (to the Bahamas and Europe) and one or two visits in Wyoming, all of my personal interactions with Dixon occurred in Georgia. I do not recall ever meeting or encountering Dixon in the State of California.

I hereby declare that the foregoing is true and correct to the best of my personal knowledge and belief subject to penalty of perjury pursuant to 28 U.S.C. § 1746.

Date: 9/18/25

TYLER PERRY

2
DECLARATION OF TYLER PERRY