QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (pro hac vice forthcoming)
alexspiro@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: 212 849 7000
Fax: 212 849 7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Mari F. Henderson (Bar No. 307693)
marihenderson@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel: 213 443 3000
Fax: 213 443 3100

TUCKER ELLIS LLP
Matthew A. Boyd (pro hac vice forthcoming)
matthew.boyd@tuckerellis.com
Ndubisi A. Ezeolu (Bar No. 256834)
ndubisi.ezeolu@tuckerellis.com
515 South Flower Street, Forty-Second Floor
Los Angeles, CA 90071
Tel: 213.430.3400
Fax: 213.430.3409

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DEREK DIXON, an individual<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TYLER PERRY, an individual; TPS PRODUCTION SERVICES, LLC, a Limited Liability Company; AND ACTION, LLC, a Limited Liability Company; and DOES 1 through 50, inclusive<br><br>　　　　Defendants. | Case No.<br><br>**DECLARATION OF ALEX BERGJANS IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS**<br><br>Date: December 5, 2025<br>Time: 10:00 a.m.<br>Judge: Not yet assigned<br><br>Complaint filed: June 13, 2025<br>Trial date: Not set |

## **DECLARATION OF ALEX BERGJANS**

I, Alex Bergjans, certify and declare as follows:

1. I am duly licensed to practice law in the U.S. District Court for the Central District of California. I am an attorney with the law firm Quinn Emanuel Urquhart & Sullivan LLP, attorneys of record for Defendants Tyler Perry, TPS Production Services, LLC, and And Action LLC (collectively, "Defendants"). I make this declaration in support of Defendants' (a) concurrently-filed Motion to Dismiss for pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(3), 28 U.S.C. §§ 1406(a), 1404(a), and the doctrine of *forum non conveniens*, or alternatively, to transfer this action to the U.S. District Court for the Northern District of Georgia, and (b) Defendants' concurrently-filed Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (collectively, "Motions to Dismiss"). I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I would and could testify competently under oath thereto.

2. Prior to filing the Motions to Dismiss, on September 23, 24 and 25, 2025, Defendants' counsel contacted Plaintiff's counsel in a good faith attempt to resolve the issues raised in this Motion.

3. On September 25, 2025, I—along with my co-counsel Ndubisi Ezeolu—met and conferred with Jonathan J. Delshad, Esq., counsel for Plaintiff Derek Dixon over Zoom (because of the Rosh Hashana holiday and the fact that Defendants did not remove this action until September 24, 2025, the parties were unable to meet and confer earlier that week).

//
//
//
//
//

2

DECLARATION OF ALEX BERGJANS

Tucker Ellis LLP
Chicago ◆ Cleveland ◆ Columbus ◆ Los Angeles ◆ San Francisco ◆ St. Louis

4. On this call, Mr. Ezeolu and I informed Mr. Delshad that Defendants intended to file these Motions, identified all grounds for the motion, and summarized Defendants' arguments in support. The parties were unable to reach any agreement regarding or otherwise resolve the issues raised on the call.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Los Angeles, California on October 1, 2025.

_____/s/ *Alex Bergjans*_____

Alex Bergjans

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles. I am over the age of eighteen years and not a party to the within entitled action. My business address is 515 South Flower Street, Forty Second Floor Los Angeles, CA 90071.

On October 1, 2025, I served the foregoing document(s) DECLARATION OF ALEX BERGJANS IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS on the interested parties in this action as follows:

JONATHAN J. DELSHAD
LAW OFFICES OF JONATHAN J. DELSHAD, PC
1663 Sawtelle Blvd., Suite 220
Los Angeles, CA 90025
jdelshad@delshadlegal.com

(X) **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Los Angeles, California, in a sealed envelope with postage fully prepaid.

(X) **BY E-MAIL OR ELECTRONIC TRANSMISSION**: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

(X) **FEDERAL**: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 1, 2025, at Los Angeles, California.

*/s/ Annika Garcia*
Annika Garcia

TUCKER ELLIS LLP