QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (pro hac vice forthcoming)
alexspiro@quinnemanuel.com
Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Mari F. Henderson (Bar No. 307693)
marihenderson@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel: 213 443 3000
Fax: 213 443 3100

TUCKER ELLIS LLP
Matthew A. Boyd (pro hac vice forthcoming)
matthew.boyd@tuckerellis.com
Ndubisi A. Ezeolu (Bar No. 256834)
ndubisi.ezeolu@tuckerellis.com
515 South Flower Street, Forty-Second Floor
Los Angeles, CA 90071
Tel: 213.430.3400
Fax: 213.430.3409

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DEREK DIXON, an individual | ) Case No. 2:25-cv-09112 |
| Plaintiff, | ) **DECLARATION OF ROBYNE N.** |
| | ) **GORDON** |
| v. | ) |
| TYLER PERRY, an individual; TPS PRODUCTION SERVICES, LLC, a Limited Liability Company; AND ACTION, LLC, a Limited Liability Company; and DOES 1 through 50, inclusive | ) Complaint filed: June 13, 2025 |
| Defendants. | ) |

I, Robyne N. Gordon, certify and declare as follows:

1.     I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I would and could competently testify under oath thereto.

TUCKER ELLIS LLP
515 South Flower Street, Forty-Second Floor, Los Angeles, CA 90071  213.430.3400

2.      I work for TPS at Fort Mac, LLC as the Senior Director Legal Operations. In that capacity, I am familiar with the organization and operations of Tyler Perry Studios and the various entities comprising the Tyler Perry Studios operation, including TPS Production Services, LLC ("TProd") and And Action LLC ("And Action").

3.      I serve as a custodian of records for the legal department that services the Tyler Perry Studios operation and its various entities, including TProd and And Action. In this declaration, I refer to and/or attach certain business records for both TProd and And Action. All attached records were (1) made at or near the time of the event recorded, (2) by, or from information transmitted by a person with knowledge, (3) kept in the course of a regularly conducted business activity, and (4) is the regular practice of the associated business to make such a record.

4.      Tyler Perry Studios is the largest production studio in Georgia with over 200 employees (in Georgia), not including workers engaged on a temporary and/or contractual basis. The campus of Tyler Perry Studios is located on a 350-acre-plus property in Atlanta, Georgia that once served as the former Fort McPherson army base.

5.      TPS Production Services, LLC is a media production company. It is a Georgia LLC headquartered in the State of Georgia. It is a wholly owned subsidiary of TPS Production Holding, LLC, which is a Delaware LLC headquartered in Georgia.

6.      TPS Production Holding, LLC is a wholly owned subsidiary of TPS Holdings Group, LLC, which is a Delaware LLC headquartered in Georgia. TPS Holdings Group, LLC has two owners/members: (1) Tyler Perry (an individual); and (2) Perry Well Holding Company, which is a Georgia corporation that maintains its principal place of business in the State of Georgia.

7.      And Action LLC was also a production company and a Georgia LLC. And Action LLC dissolved in 2023 and presently has no active business operations. Prior to dissolution, And Action engaged in the same type of business as TPS Production Services, LLC for television shows.  It was wholly owned by JoyGa Holdings, LLC; that entity was owned by Mr. Perry and Perry Well Holding Company – the same ultimate ownership

DECLARATION OF ROBYNE N. GORDON

structure as described for TPS Production Services, LLC above.

8.    TProd does not engage in business in the State of California; it has no offices in California; it does not own property or maintain bank accounts in California; and it is not registered to do business in California, and for that reason does not have a registered agent in California.

9.    And Action was never registered to do business in California, and it does not have a registered agent in that State. It did not have offices, own property, maintain bank accounts, or do business in California while active.

10.    The business records from TProd and/or And Action confirm that Derek Dixon worked as an actor for And Action, then TProd, at various times between 2019 and 2024. He was engaged to work on three different TV productions (*Ruthless*, *The Oval*, and the pilot episode for a potential television series called *Losing It*).

11.    Dixon performed in five seasons of *The Oval* between 2020 and 2023 (Seasons 2 through 6); he was originally scheduled to appear in Season 7 but refused to appear for filming.

12.    Dixon was also engaged as an actor on one production for the film *Finding Joy* (f/k/a *Joy Ridge*).

13.    All of the foregoing productions were filmed principally, or exclusively, on the campus of Tyler Perry Studios in Atlanta, Georgia. The companies' business records show that Dixon did not perform work for And Action/TProd in any state other than Georgia.  A true and correct copy of the "call sheets" showing the location at which Dixon performed as an actor is attached hereto as Exhibit A.

14.    Each time And Action or TProd engaged Dixon to perform as an actor in a television series or film, he executed an Agreement that governed the terms of his engagement for a particular production (normally referred to as a Performer Agreement or "PA"). Dixon's PA for the series *Ruthless* is attached as Exhibit B (redacted in part); Dixon's PA for the series *The Oval* is attached as Exhibit C (redacted in part); Dixon's PA for the pilot episode of *Losing It* is attached hereto as Exhibit D (redacted in part); and

TUCKER ELLIS LLP

Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

3

Dixon's PA for the film *Finding Joy* (f/k/a *Joy Ridge*) is attached hereto as Exhibit E (redacted in part).

15.    Because actors are hired and compensated on an individual contract basis, they often provide services through what is called a "loan-out company," a separate entity the actor forms and for which he or she is often the sole shareholder or member. As such, a production company engages and contracts with the loan out company rather than the actor directly.

16.    When he lived in Georgia, Dixon formed a loan out company called Derek Dixon, LLC (a Georgia LLC) through which And Action and/or TProd contracted for his services. As an example, Dixon's PA for the film *Finding Joy* (f/k/a *Joy Ridge*) (Exhibit E) shows that TProd contracted with Derek Dixon, LLC (Dixon's loan-out company). Dixon provided TProd/And Action with various documents relating to his loan out company, true and correct copies of which are attached hereto as Exhibit F.

17.    In many cases, actors are represented by an Agent, who assists and represents the actor in negotiating contracts, among other things. As shown by the companies' business records, for the majority of the time Dixon performed work for TPS, he was represented by an agent (Ralph (Trey) Stephens).

I hereby declare that the foregoing is true and correct to the best of my personal knowledge and belief subject to penalty of perjury pursuant to 28 U.S.C. § 1746.

Date: September 29, 2025

ROBYNE N. GORDON

DECLARATION OF ROBYNE N. GORDON

TUCKER ELLIS LLP

Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

# Exhibit "A"

# RUTHLESS

**GENERAL CREW CALL**

**8:00 AM**

*PINK REVISED*

Day 9 of 12

LOCATION: TYLER PERRY STUDIOS 305 DEKALB ST. SW ATLANTA GA 30310

**Partly Cloudy**

NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL. BREAKFAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET

**Please Note: Personal photos / social media posts**

OVALE

| | Day 3 of 10 |
|---|---|
| | **GENERAL CREW CALL** |

**11:00 AM**

*MANDATORY TESTING PRIOR TO CREW CALL in the White Tents in the Historic District*

LOCATION
7×118 PERRY STUDIOS FORT MCPHERSON 315 DESKIES ST. SW ATLANTA GA 30310

**MOSTLY SUNNY**
**40% CHANCE OF STORMS**

NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL
BREAKFAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NOB ** NO CAMERAS ON SET

TYLER PERRY
## OVAL

**GENERAL CREW CALL**

**1:00 PM**

Friday, August 7, 2020
**Day 4 of 10**

LOCATION
TYLER PERRY STUDIOS/FORT MCPHERSON 315
DESKER ST. SW ATLANTA GA 30310

| DIRECTOR REHEARSAL: | | |
|---|---|---|
| SHOOTING CALL: | 1:00P | |
| BREAK FAST | | 6:00A |
| LUNCH | | 7:00P |

**MOSTLY SUNNY**
**30% CHANCE OF SHOWERS**

BREAKFAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDS ** NO CAMERAS ON SET

| TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | WELLSTAR MEDICAL CENTER SOUTH | MARCUS DESMOND |
|---|---|---|---|---|---|



**OVAL**

GENERAL CREW CALL

1:00 PM

| Saturday, August 8, 2020 |
| --- |
| Day 3 of 10 |

MOSTLY SUNNY
20% CHANCE OF RAIN

GENERAL CREW CALL

**10:00 AM**

MOSTLY SUNNY
40% CHANCE OF STORMS









TYLER PERRY STUDIOS LLC
Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

THE OVAL

**GENERAL CREW CALL**

## 10:00 AM

Executive Producer/ Writer/ Director: Tyler Perry

President of TPS Production/ Executive Producer: Michelle Sneed
Senior VP of TPS Production/ Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
TPS Production Executive/Line Producer: Tsedy Gebeyehu

Associate Producer: Jennifer Carriere
Unit Production Manager: Jim Tripp
Production Supervisor: Melissa Young
Field Producer: Armani Ortiz

*MANDATORY TESTING PRIOR TO CREW CALL*
*PLEASE CHECK THE ATTACHED SCHEDULE FOR YOUR TESTING TIME.*

**Tuesday, March 15, 2021**

**Day 2 of 9**

| LOCATION: | |
|---|---|
| TYLER PERRY STUDIOS | |
| DIRECTOR REHEARSAL: | 10:30A |
| SHOOTING CALL: | 11:00A |
| BASE CAMP LUNCH: | 3:00P |
| ONSET CREW LUNCH: | 4:00P |
| SHOOTING CREW MUST EAT LUNCH FROM STAGE 12 | |

| WEATHER: | | | |
|---|---|---|---|
| MOSTLY CLOUDY | | | |
| 80% CHANCE OF STORMS | | | |
| High | 60° | Low | 58° |
| Sunrise | 7:48A | Winds | E 10 mph |
| Sunset | 7:46P | | |

**NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL**
**BREAKFAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BKFST/LNCH/DINNER | SYMPTOM CHECK-IN | TESTING LOCATION | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | WELLSTAR MEDICAL CENTER SOUTH | Adam Hodges |
| 315 DESHLER ST. SW ATL GA 30310 | STAGE 12 | PARADE GROUNDS | CREW PARKING DECK | 1170 CLEVELAND AVE, EAST POINT, GA | 678-595-8241 |
| 2ND FLOOR DREAM BLDG | | | | 404-466-1170 | |

2ND2ND2TION LLC
Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

# THE OVAL

**GENERAL CREW CALL**

## 10:00 AM

Executive Producer/ Writer/ Director: Tyler Perry
President of TPS Production/ Executive Producer: Michelle Sneed
Senior VP of TPS Production/ Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
TPS Production Executive/Line Producer: Tsedy Gebeyehu
Associate Producer: Jennifer Carriere
Unit Production Manager: Jim Tripp
Production Supervisor:Melissa Young
Field Producer:  Armani Ortiz

Wednesday, March 17, 2021
Day 3 of 9

| LOCATION: | |
|---|---|
| | |
| | |
| DIRECTOR REHEARSAL: | 10:30A |
| SHOOTING CALL: | 11:00A |
| BASE CAMP LUNCH: | 3:00P |
| ONSET CREW LUNCH: | 4:00P |
| SHOOTING CREW MUST EAT LUNCH FROM STAGE 12 | |

**WEATHER:**

**MOSTLY CLOUDY**

**70% CHANCE OF STORMS**

| High | 64° | Low | 63° |
|---|---|---|---|
| Sunrise | 7:45A | Winds | E 5 mph |
| Sunset | 7:47P | | |

**NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL**
**BREAKFAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BKFST/LNCH/DINNER | SYMPTOM CHECK-IN | TESTING LOCATION | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | WELLSTAR MEDICAL CENTER SOUTH | Adam Hodges |
| 315 DESHLER ST. SW ATL GA 30310 | STAGE 12 | PARADE GROUNDS | CREW PARKING DECK | 1170 CLEVELAND AVE, EAST POINT, GA | 678-595-8241 |
| 2ND FLOOR DREAM BLDG | | | | 404-466-1170 | |



TYLER PERRY STUDIOS
Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

Executive Producer/ Writer/ Director: Tyler Perry
President of TPS Production/ Executive Producer: Michelle Sneed
Senior VP of TPS Production/ Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
TPS Production Executive/Line Producer: Tsedy Gebeyehu

Associate Producer: Jennifer Carriere
Unit Production Manager: Jim Tripp
Production Supervisor:Melissa Young
Field Producer:  Armani Ortiz

**TYLER PERRY'S**

THE **OVAL**

**GENERAL CREW CALL**

**10:00 AM**

**Thursday, March 18, 2021**

**Day 4 of 9**

| LOCATION: |  |
|---|---|
| TYLER PERRY STUDIOS |  |
| DIRECTOR REHEARSAL: | 10:30A |
| SHOOTING CALL: | 11:00A |
| BASE CAMP LUNCH: | 3:00P |
| ONSET CREW LUNCH: | 4:00P |
| SHOOTING CREW MUST EAT LUNCH FROM STAGE  12 | |

| WEATHER: |  |  |  |
|---|---|---|---|
| MOSTLY CLOUDY |  |  |  |
| 80% CHANCE OF STORMS |  |  |  |
| High | 70° | Low | 49° |
| Sunrise | 7:44A | Winds | SW 5 mph |
| Sunset | 7:48P |  |  |

**NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL**
**BREAKFAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BKFST/LNCH/DINNER | SYMPTOM CHECK-IN | TESTING LOCATION | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | WELLSTAR MEDICAL CENTER SOUTH | Adam Hodges |
| 315 DESHLER ST. SW ATL GA 30310 | STAGE 12 | PARADE GROUNDS | CREW PARKING DECK | 1170 CLEVELAND AVE, EAST POINT, GA | 678-595-8241 |
| 2ND FLOOR DREAM BLDG |  |  |  | 404-466-1170 |  |



**TYLER PERRY'S**
**THE OVAL**

**GENERAL CREW CALL**

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

Executive Producer/ Writer/ Director: Tyler Perry
President of TPS Production/ Executive Producer: Michelle Sneed
Senior VP of TPS Production/ Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
TPS Production Executive/Line Producer: Tsedy Gebeyehu
Associate Producer: Jennifer Carriere
Unit Production Manager: Jim Tripp
Production Supervisor: Melissa Young
Field Producer: Armani Ortiz

| | |
|---|---|
| | Day 5 of 9 |
| **LOCATION:** | |
| TYLER PERRY STUDIOS | |

**GENERAL CREW CALL**

## 10:00 AM

| DIRECTOR REHEARSAL: | 10:30A |
|---|---|
| SHOOTING CALL: | 11:00A |
| BASE CAMP LUNCH: | 3:00P |
| ONSET CREW LUNCH: | 4:00P |
| SHOOTING CREW MUST EAT LUNCH FROM STAGE 12 | |

| WEATHER: | | | |
|---|---|---|---|
| MOSTLY CLOUDY | | | |
| 80% CHANCE OF STORMS | | | |
| High | 70° | Low | 49° |
| Sunrise | 7:44A | Winds | SW 5 mph |
| Sunset | 7:48P | | |

NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL
BREAKFAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET

| BASECAMP | BKFST/LNCH/DINNER | SYMPTOM CHECK-IN | TESTING LOCATION | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | WELLSTAR MEDICAL CENTER SOUTH | Adam Hodges |
| 315 DESHLER ST. SW ATL GA 30310 | STAGE 12 | PARADE GROUNDS | CREW PARKING DECK | 1170 CLEVELAND AVE, EAST POINT, GA | 678-595-8241 |
| 2ND FLOOR DREAM BLDG | | | | 404-466-1170 | |



Production Office
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

**THE OVAL**

**GENERAL CREW CALL**

**10:00 AM**

*Tyler Perry's*
March 29, 2021
Day 6 of 9

Executive Producer/ Writer/ Director: Tyler Perry
President of TPS Production/ Executive Producer: Michelle Sneed
Senior VP of TPS Production/ Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
TPS Production Executive/Line Producer: Tsedy Gebeyehu
Associate Producer: Jennifer Carriere
Unit Production Manager: Jim Tripp
Production Supervisor:Melissa Young
Field Producer: Armani Ortiz

| LOCATION: | | |
|---|---|---|
| TYLER PERRY STUDIOS | | |
| DIRECTOR REHEARSAL: | | 10:30A |
| SHOOTING CALL: | | 11:00A |
| BASE CAMP LUNCH: | | 3:00P |
| ONSET CREW LUNCH: | | 4:00P |
| SHOOTING CREW MUST EAT LUNCH FROM STAGE 12 | | |
| WEATHER: | | |
| MOSTLY CLOUDY | | |

| | High | 56° | Low | 44° |
|---|---|---|---|---|
| | Sunrise | 7:42A | Winds | E 10 mph |
| | Sunset | 7:49P | | |

NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL
BREAKFAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET

| BASECAMP | BKFST/LNCH/DINNER | SYMPTOM CHECK-IN | TESTING LOCATION | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | WELLSTAR MEDICAL CENTER SOUTH | Adam Hodges |
| 315 DESHLER ST. SW Atl, GA 30310 | STAGE 12 | PARADE GROUNDS | CREW PARKING DECK | 1170 CLEVELAND AVE, EAST POINT, GA | 678-595-8241 |
| 2ND FLOOR DREAM BLDG | | | | 404-466-1170 | |

**TYLER PERRY'S**

# THE OVAL

**GENERAL CREW CALL**

**10:00 AM**

315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

Executive Producer/ Writer/ Director: Tyler Perry

President of TPS Production/ Executive Producer: Michelle Sneed
Senior VP of TPS Production/ Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
TPS Production Executive/Line Producer: Tsedy Gebeyehu

Associate Producer: Jennifer Carriere
Unit Production Manager: Jim Tripp
Production Supervisor:Melissa Young
Field Producer: Armani Ortiz

| LOCATION: | |
|---|---|
| TYLER PERRY STUDIOS | |
| DIRECTOR REHERSAL: | 10:30A |
| SHOOTING CALL: | 11:00A |
| BASE CAMP LUNCH: | 3:00P |
| ONSET CREW LUNCH: | 4:00P |
| SHOOTING CREW MUST EAT LUNCH FROM STAGE | 12 |

| WEATHER: | | | |
|---|---|---|---|
| SUNNY | | | |
| High | 68° | Low | 55° |
| Sunrise | 7:38A | Winds | E 10 mph |
| Sunset | 7:51P | | |

Monday, March 22, 2021
Day 7 of 9

**MANDATORY TESTING**
*PLEASE CHECK THE TESTING SCHEDULE FOR YOUR TESTING TIME.*

**NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL**
**BREAKFAST WILL BE AVAILABLE BEFORE CALL – ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BKFST/LNCH/DINNER | SYMPTOM CHECK-IN | TESTING LOCATION | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | WELLSTAR MEDICAL CENTER SOUTH | Adam Hodges |
| 315 DESHLER ST. SW ATL GA 30310 | STAGE 12 | PARADE GROUNDS | CREW PARKING DECK | 1170 CLEVELAND AVE, EAST POINT, GA | 678-595-8241 |
| 2ND FLOOR DREAM BLDG | | | | 404-466-1170 | |



APPROVED BY:
Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

*TYLER PERRY'S*



**GENERAL CREW CALL**

**10:00 AM**

Executive Producer/ Writer/ Director: Tyler Perry
President of TPS Production/ Executive Producer: Michelle Sneed
Senior VP of TPS Production/ Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
TPS Production Executive/Line Producer: Tsedy Gebeyehu

Associate Producer: Jennifer Carriere
Unit Production Manager: Jim Tripp
Production Supervisor:Melissa Young
Field Producer:  Armani Ortiz

| | Tuesday, March 2, 2021 |
|---|---|
| | **Day 8 of 9** |
| LOCATION: | |
| . | |
| TYLER PERRY STUDIOS | |

| DIRECTOR REHEARSAL: | 10:30A |
|---|---|
| SHOOTING CALL: | 11:00A |
| BASE CAMP LUNCH: | 3:00P |
| ONSET CREW LUNCH: | 4:00P |

**SHOOTING CREW MUST EAT LUNCH FROM STAGE  12**

| WEATHER: | | | |
|---|---|---|---|
| **30% Chance of Storms** | | | |
| High | 74° | Low | 63° |
| Sunrise | 7:36A | Winds | SE 10 mph |
| Sunset | 7:52P | | |

**NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL**
**BREAKFAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BKFST/LNCH/DINNER | SYMPTOM CHECK-IN | TESTING LOCATION | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| **TYLER PERRY STUDIOS** | **TYLER PERRY STUDIOS** | **TYLER PERRY STUDIOS** | **TYLER PERRY STUDIOS** | **WELLSTAR MEDICAL CENTER SOUTH** | Adam Hodges |
| 315 DESHLER ST. SW ATL, GA 30310 | STAGE 12 | PARADE GROUNDS | CREW PARKING DECK | 1170 CLEVELAND AVE, EAST POINT, GA | 678-595-8241 |
| **2ND FLOOR DREAM BLDG** | | | | 404-466-1170 | |

TYLER PERRY'S

# THE OVAL

Wednesday, March 22, 2021

| | Day 9 of 9 |
|---|---|

| LOCATION: |
|---|
| - |
| TYLER PERRY STUDIOS |

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

**GENERAL CREW CALL**

## 10:00 AM

| DIRECTOR REHEARSAL: | 10:30A |
|---|---|
| SHOOTING CALL: | 11:00A |
| BASE CAMP LUNCH: | 3:00P |
| ONSET CREW LUNCH: | 4:00P |
| SHOOTING CREW MUST EAT LUNCH FROM STAGE 12 | |

Executive Producer/ Writer/ Director: Tyler Perry

President of TPS Production/ Executive Producer: Michelle Sneed
Senior VP of TPS Production/ Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
TPS Production Executive/Line Producer: Tsedy Gebeyehu

Associate Producer: Jennifer Carriere
Unit Production Manager: Jim Tripp
Production Supervisor:Melissa Young
Field Producer:  Armani Ortiz

| WEATHER: |
|---|
| **30% Chance of Storms** |

| | High | 74° | Low | 63° |
|---|---|---|---|---|
| | Sunrise | 7:36A | Winds | SE 10 mph |
| | Sunset | 7:52P | | |

| NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL |
|---|
| BREAKFAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET |

| BASECAMP | BKFST/LNCH/DINNER | SYMPTOM CHECK-IN | TESTING LOCATION | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | WELLSTAR MEDICAL CENTER SOUTH | Adam Hodges |
| 315 DESHLER ST. SW ATL GA 30310 | STAGE 12 | PARADE GROUNDS | CREW PARKING DECK | 1170 CLEVELAND AVE, EAST POINT, GA | 678-595-8241 |
| 2ND FLOOR DREAM BLDG | | | | 404-466-1170 | |

DocuSign Envelope ID: 8EC5810E-B5B7-4B85-83F7-8A6D98F022A8



**TYLER PERRY'S**

# THE OVAL

| | |
|---|---|
| Production Office: | **Monday, November 1, 2021** |
| 315 Deshler St. SW | **Day 1 of 10** |
| Atlanta, GA 30310 | |
| Tel: (404) 222-6448 | |

**GENERAL CREW CALL**

# 10:00 AM

| | |
|---|---|
| **LOCATION:** | |
| TYLER PERRY STUDIOS FORT MCPHERESON | |
| 315 DESHLER ST. SW ATLANTA GA 30310 | |

Executive Producer/ Writer/ Director: Tyler Perry
President of Original Programming: Angi Bones
Senior VP of TPS Production/ Exec Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
Associate Producer: Jennifer Carriere
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Executive: April Powell
Unit Production Manager: Alex Orr
Production Supervisor: Nina Hodge

| | |
|---|---|
| DIRECTOR REHEARSAL: | 10:45A |
| SHOOTING CALL: | 11:00A |
| LUNCH: | 4:00P |

| **WEATHER:** | | | |
|---|---|---|---|
| **Sunny** | | | |
| High | 69° | Low | 47° |
| Sunrise | 7:47A | Winds | |
| Sunset | 6:45P | | |

**NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL BREAKAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | EXTRAS PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | BREAKFAST: DREAM PARKING LOT | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | WELLSTAR MEDICAL CENTER SOUTH | Adam Hodges |
| 2ND FLOOR DREAM BLDG | LUNCH: STAGE 12 | DREAM BLDG PARKING DECK | 3RD FL. PARKING DECK | 1170 CLEVELAND AVE, EAST POINT, GA | 678-595-8241 |
| | | FOLLOW SIGNS | | 404-466-1170 | |

Production Office.
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

THE
**THE OVAL**

**Tuesday, November 3, 2021**
**Day 2 of 10**

Executive Producer/ Writer/ Director: Tyler Perry

President of Original Programming: Angi Bones
Senior VP of TPS Production/ Exec Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton

Associate Producer: Jennifer Carriere
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Executive: April Powell

Unit Production Manager: Alex Orr
Production Supervisor: Nina Hodge

**GENERAL CREW CALL**

## 10:00 AM

| LOCATION: | |
|---|---|
| TYLER PERRY STUDIOS | |
| ONE TYLER PERRY STUDIOS WAY | |
| ATLANTA GA 30310 | |
| DIRECTOR REHEARSAL: | 10:45A |
| SHOOTING CALL: | 11:00A |
| LUNCH: | 4:00P |

| WEATHER: |
|---|
| **Sunny** |

| High | 65° | Low | 46° |
|---|---|---|---|
| Sunrise | 7:58A | Winds | NW 5-10 mph |
| Sunset | 6:44P | | |

**NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL**
**BREAKAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | EXTRAS PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS 2ND FLOOR DREAM BLDG | BREAKFAST: DREAM PARKING LOT LUNCH: STAGE 12 | TYLER PERRY STUDIOS DREAM BLDG PARKING DECK FOLLOW SIGNS | TYLER PERRY STUDIOS 3RD FL. PARKING DECK | WELLSTAR MEDICAL CENTER SOUTH 1170 CLEVELAND AVE, EAST POINT, GA 404-466-1170 | Adam Hodges 678-595-8241 |

TYLER PERRY'S

## THE OVAL

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

Executive Producer/ Writer/ Director: Tyler Perry

President of Original Programming: Angi Bones
Senior VP of TPS Production/ Exec Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton

Associate Producer: Jennifer Carriere
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Executive: April Powell

Unit Production Manager: Alex Orr
Production Supervisor: Nina Hodge

**GENERAL CREW CALL**

# 10:00 AM

**Wednesday, November 3, 2021**

**Day 3 of 10**

| LOCATION: | |
|---|---|
| TYLER PERRY STUDIOS | |
| ONE TYLER PERRY STUDIOS WAY | |
| ATLANTA GA 30310 | |
| DIRECTOR REHEARSAL: | 10:45A |
| SHOOTING CALL: | 11:00A |
| LUNCH: | 4:00P |

| WEATHER: | |
|---|---|
| **Partly Sunny** | |

| High | 57° | Low | 47° |
|---|---|---|---|
| Sunrise | 7:59A | Winds | NE 10-15 mph |
| Sunset | 6:43P | | |

**NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL
BREAKAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | EXTRAS PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | BREAKFAST: DREAM PARKING LOT | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | WELLSTAR MEDICAL CENTER SOUTH | Adam Hodges |
| 2ND FLOOR DREAM BLDG | LUNCH: STAGE 12 | DREAM BLDG PARKING DECK | 3RD FL. PARKING DECK | 1170 CLEVELAND AVE, EAST POINT, GA | 678-595-8241 |
| | | FOLLOW SIGNS | | 404-466-1170 | |

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

TYLER PERRY'S
THE OVAL

Executive Producer/ Writer/ Director: Tyler Perry

President of Original Programming: Angi Bones
Senior VP of TPS Production/ Exec Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton

Associate Producer: Jennifer Carriere
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Executive: April Powell
Unit Production Manager: Alex Orr
Production Supervisor: Nina Hodge

**GENERAL CREW CALL**

**10:00 AM**

| Thursday November 4 2021 |
|---|
| Day 4 of 10 |

| LOCATION: |
|---|
| TYLER PERRY STUDIOS |
| ONE TYLER PERRY STUDIOS WAY |
| ATLANTA GA 30310 |

| DIRECTOR REHEARSAL: | 10:45A |
|---|---|
| SHOOTING CALL: | 11:00A |
| LUNCH: | 4:00P |

| WEATHER: |
|---|
| **Mostly Cloudy** |
| **30% Chance of Morning Rain** |

| | | | |
|---|---|---|---|
| High | 52° | Low | 44° |
| Sunrise | 8:00A | Winds | NE 10-15 mph |
| Sunset | 6:42P | | |

<span style="color:red">**NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM**</span> ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL
BREAKAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | EXTRAS PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | BREAKFAST: DREAM PARKING LOT | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | WELLSTAR MEDICAL CENTER SOUTH | Adam Hodges |
| 2ND FLOOR DREAM BLDG | LUNCH: STAGE 12 | DREAM BLDG PARKING DECK | 3RD FL. PARKING DECK | 1170 CLEVELAND AVE, EAST POINT, GA | 678-595-8241 |
| | | FOLLOW SIGNS | | 404-466-1170 | |

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

## TYLER PERRY'S
## THE OVAL

**GENERAL CREW CALL**

## 10:00 AM

*9:00 AM Scout of Pool Area*
*for Scenes 417-17A & 418-1*

Executive Producer/ Writer/ Director: Tyler Perry
President of Original Programming: Angi Bones
Senior VP of TPS Production/ Exec Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
Associate Producer: Jennifer Carriere
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Executive: April Powell
Unit Production Manager: Alex Orr
Production Supervisor: Nina Hodge

**Friday, November 5, 2021**
**Day 5 of 10**

| LOCATION: | |
|---|---|
| TYLER PERRY STUDIOS | |
| ONE TYLER PERRY STUDIOS WAY | |
| ATLANTA GA 30310 | |
| DIRECTOR REHEARSAL: | 10:45A |
| SHOOTING CALL: | 11:00A |
| LUNCH: | 4:00P |

| WEATHER: | |
|---|---|
| **Partly Sunny** | |

| High | 56° | Low | 43° |
|---|---|---|---|
| Sunrise | 8:01A | Winds | NE 5-10 mph |
| Sunset | 6:42P | | |

**NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL
BREAKST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | EXTRAS PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | BREAKFAST: DREAM PARKING LOT | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | WELLSTAR MEDICAL CENTER SOUTH | Adam Hodges |
| 2ND FLOOR DREAM BLDG | LUNCH: STAGE 12 | DREAM BLDG PARKING DECK FOLLOW SIGNS | 3RD FL. PARKING DECK | 1170 CLEVELAND AVE, EAST POINT, GA 404-466-1170 | 678-595-8241 |

DocuSign Envelope ID: 8EC5810E-B5B7-4B85-83F7-8A6D98F022A8



TYLER PERRY'S
THE OVAL

**Monday, November 9, 2020**
**Day 6 of 10**

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

Executive Producer/ Writer/ Director: Tyler Perry
President of Original Programming: Angi Bones
Senior VP of TPS Production/ Exec Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
Associate Producer: Jennifer Carriere
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Executive: April Powell
Unit Production Manager: Alex Orr
Production Supervisor: Nina Hodge

**GENERAL CREW CALL**

## 10:00 AM

| LOCATION: | |
|---|---|
| TYLER PERRY STUDIOS | |
| ONE TYLER PERRY STUDIOS WAY | |
| ATLANTA GA 30310 | |
| DIRECTOR REHEARSAL: | 10:45A |
| SHOOTING CALL: | 11:00A |
| LUNCH: | 4:00P |

| WEATHER: | | | |
|---|---|---|---|
| **Partly Sunny** | | | |
| High | 69° | Low | 43° |
| Sunrise | 7:03A | Winds | |
| Sunset | 5:39P | | |

**NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL**
**BREAKAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | EXTRAS PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | BREAKFAST: DREAM PARKING LOT | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | WELLSTAR MEDICAL CENTER SOUTH | Adam Hodges |
| 2ND FLOOR DREAM BLDG | LUNCH: STAGE 12 | DREAM BLDG PARKING DECK | 3RD FL. PARKING DECK | 1170 CLEVELAND AVE, EAST POINT, GA | 678-595-8241 |
| | | FOLLOW SIGNS | | 404-466-1170 | |

DocuSign Envelope ID: 8EC5810E-B5B7-4B85-83F7-8A6D98F022A8

TYLER PERRY'S
OVAL

TYLER PERRY STUDIOS
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

Executive Producer/ Writer/ Director: Tyler Perry
President of Original Programming: Angi Bones
Senior VP of TPS Production/ Exec Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
Associate Producer: Jennifer Carriere
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Executive: April Powell
Unit Production Manager: Alex Orr
Production Supervisor: Nina Hodge

**GENERAL CREW CALL**



**10:00 AM**

**Tuesday, November 9, 2021**
**Day 7 of 10**

| LOCATION: | |
|---|---|
| TYLER PERRY STUDIOS | |
| ONE TYLER PERRY STUDIOS WAY | |
| ATLANTA GA 30310 | |
| DIRECTOR REHEARSAL: | 10:45A |
| SHOOTING CALL: | 11:00A |
| LUNCH: | 4:00P |

| WEATHER: | |
|---|---|
| Sunny | |

| High | 75° | Low | 49° |
|---|---|---|---|
| Sunrise | 7:04A | Winds | Light & Variable |
| Sunset | 5:38P | | |

**NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL**
**BREAKAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | EXTRAS PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS 2ND FLOOR DREAM BLDG | BREAKFAST: DREAM PARKING LOT LUNCH: STAGE 12 | TYLER PERRY STUDIOS DREAM BLDG PARKING DECK FOLLOW SIGNS | TYLER PERRY STUDIOS 3RD FL. PARKING DECK | WELLSTAR MEDICAL CENTER SOUTH 1170 CLEVELAND AVE, EAST POINT, GA 404-466-1170 | Adam Hodges 678-595-8241 |

DocuSign Envelope ID: 8EC5810E-B5B7-4B85-83F7-8A6D98F022A8

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448



**GENERAL CREW CALL**

**Wednesday, November 10, 2021**
**Day 8 of 10**

| LOCATION: | |
|---|---|
| TYLER PERRY STUDIOS | |
| ONE TYLER PERRY STUDIOS WAY | |
| ATLANTA GA 30310 | |

**10:00 AM**

| DIRECTOR REHEARSAL: | 10:45A |
|---|---|
| SHOOTING CALL: | 11:00A |
| LUNCH: | 4:00P |

Executive Producer/ Writer/ Director: Tyler Perry
President of Original Programming: Angi Bones
Senior VP of TPS Production/ Exec Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
Associate Producer: Jennifer Carriere
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Executive: April Powell
Unit Production Manager: Alex Orr
Production Supervisor: Nina Hodge

| WEATHER: | |
|---|---|
| Sunny | |

| High | 75° | Low | 56° |
|---|---|---|---|
| Sunrise | 7:05A | Winds | W 5-10 mph |
| Sunset | 5:38P | | |

**NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL**
**BREAKAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | EXTRAS PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS 2ND FLOOR DREAM BLDG | BREAKFAST: DREAM PARKING LOT LUNCH: STAGE 12 | TYLER PERRY STUDIOS DREAM BLDG PARKING DECK FOLLOW SIGNS | TYLER PERRY STUDIOS 3RD FL. PARKING DECK | WELLSTAR MEDICAL CENTER SOUTH 1170 CLEVELAND AVE, EAST POINT, GA 404-466-1170 | Adam Hodges 678-595-8241 |

DocuSign Envelope ID: 8EC5810E-B5B7-4B85-83F7-8A6D98F022A8

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

TYLER PERRY'S



## THE OVAL

**GENERAL CREW CALL**

## 10:00 AM

Executive Producer/ Writer/ Director: Tyler Perry
President of Original Programming: Angi Bones
Senior VP of TPS Production/ Exec Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
Associate Producer: Jennifer Carriere
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Executive: April Powell
Unit Production Manager: Alex Orr
Production Supervisor: Nina Hodge

**Thursday, November 11, 2020**

**Day 9 of 10**

| LOCATION: | |
|---|---|
| TYLER PERRY STUDIOS | |
| ONE TYLER PERRY STUDIOS WAY | |
| ATLANTA GA 30310 | |
| DIRECTOR REHEARSAL: | 10:45A |
| SHOOTING CALL: | 11:00A |
| LUNCH: | 4:00P |

| WEATHER: |
|---|
| **70% Chance of Rain** |

| High | 71° | Low | 51° |
|---|---|---|---|
| Sunrise | 7:06A | Winds | SW 10-15 mph |
| Sunset | 5:37P | | |

**NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL**
**BREAKFAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | EXTRAS PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS 2ND FLOOR DREAM BLDG | BREAKFAST: DREAM PARKING LOT LUNCH: STAGE 12 | TYLER PERRY STUDIOS DREAM BLDG PARKING DECK FOLLOW SIGNS | TYLER PERRY STUDIOS 3RD FL. PARKING DECK | WELLSTAR MEDICAL CENTER SOUTH 1170 CLEVELAND AVE, EAST POINT, GA 404-466-1170 | Adam Hodges 678-595-8241 |

DocuSign Envelope ID: 8EC5810E-B5B7-4B85-83F7-8A6D98F022A8

TYLER PERRY'S

# THE OVAL

**GENERAL CREW CALL**

## 10:00 AM

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

Executive Producer/ Writer/ Director: Tyler Perry

President of Original Programming: Angi Bones
Senior VP of TPS Production/ Exec Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton

Associate Producer: Jennifer Carriere
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Executive: April Powell
Unit Production Manager: Alex Orr
Production Supervisor: Nina Hodge

| Friday, November 12, 2021 | | |
|---|---|---|
| **Day 10 of 10** | | |
| **LOCATION:** | | |
| TYLER PERRY STUDIOS | | |
| ONE TYLER PERRY STUDIOS WAY | | |
| ATLANTA GA 30310 | | |
| DIRECTOR REHEARSAL: | | 10:45A |
| SHOOTING CALL: | | 11:00A |
| LUNCH: | | 4:00P |
| **WEATHER:** | | |
| **Sunny** | | |
| High | 68° | Low | 45° |
| Sunrise | 7:07A | Winds | NW 10-15 mph |
| Sunset | 5:36P | | |

**NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL**
**BREAKFAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | EXTRAS PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS 2ND FLOOR DREAM BLDG | BREAKFAST: DREAM PARKING LOT LUNCH: STAGE 12 | TYLER PERRY STUDIOS DREAM BLDG PARKING DECK FOLLOW SIGNS | TYLER PERRY STUDIOS 3RD FL. PARKING DECK | WELLSTAR MEDICAL CENTER SOUTH 1170 CLEVELAND AVE, EAST POINT, GA 404-466-1170 | Adam Hodges 678-595-8241 |

### TYLER PERRY'S
# THE OVAL

Tyler Perry Studios, LLC
Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

Executive Producer/Writer/ Director: Tyler Perry

Producer: Angi Bones
Producer: Mark E. Swinton
Producer: Will Areu
Producer/UPM: Tony L. Strickland
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Exec: April Powell
Creative Exec: Antonietta Stallings
UPM: Jim Tripp

**GENERAL CREW CALL**

## 10:00 AM

**BLUE REVISED**

Monday, April 4, 2022

**Day 6 of 8**

| LOCATION: | |
|---|---|
| TYLER PERRY STUDIOS | |
| 315 DESHLER ST. SW | |
| ATLANTA GA 30310 | |
| DIRECTOR REHEARSAL: | 10:30A |
| SHOOTING CALL: | 11:00A |
| LUNCH: | 4:00P |
| CURRENT SCHEDULE/SCRIPT: WHITE | |
| WEATHER: | |
| SUNNY | |
| SW WINDS 9 MPH | |

| High | 86° | Low | 63° |
|---|---|---|---|
| Sunrise | 6:55A | Sunset | 8:16P |

**NO FORCED CALLS, PRE-CALLS, ADDITIONAL CREW OR OVERTIME WITHOUT PRIOR APPROVAL OF UPM**

**\*\* CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL \*\***

**BREAKFAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB \*\* NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | CREW PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | EMORY UNIVERSITY HOSPITAL MIDTOWN | Adam Hodges |
| 2ND FLOOR DREAM BLDG | CATERING TENT | DREAM BLDG PARKING DECK | DREAM BLDG | 550 PEACHTREE ST NE ATLANTA GA 30308 | 678-595-8241 |
| | RIGHT SIDE OF STAGE 12 | FOLLOW SIGNS | PARKING DECK | 404.686.4411 | |

T Y L E R   P E R R Y ' S

THE **OVAL**

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

**GENERAL CREW CALL**

## 10:00 AM

*BLUE REVISED*

Executive Producer/Writer/ Director: Tyler Perry
Producer: Angi Bones
Producer: Mark E. Swinton
Producer: Will Areu
Producer/UPM: Tony L. Strickland
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Exec: April Powell
Creative Exec: Antoinetta Stallings
UPM: Jim Tripp

| Day 7 of 8 | | |
|---|---|---|
| **LOCATION:** | | |
| TYLER PERRY STUDIOS | | |
| 315 DESHLER ST. SW | | |
| ATLANTA GA 30310 | | |
| DIRECTOR REHEARSAL: | | 10:30A |
| **SHOOTING CALL:** | | 11:00A |
| **LUNCH:** | | 4:00P |
| **CURRENT SCHEDULE/SCRIPT: WHITE** | | |
| **WEATHER:** | | |
| CLOUDY, SLIGHT CHANCE OF RAIN | | |
| NW WINDS 13 MPH | | |
| High | 72° | Low | 48° |
| Sunrise | 6:54A | Sunset | 8:17P |

**NO FORCED CALLS, PRE-CALLS, ADDITIONAL CREW OR OVERTIME WITHOUT PRIOR APPROVAL OF UPM**
**\*\* CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL \*\***
**BREAKAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB \*\* NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | CREW PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | EMORY UNIVERSITY HOSPITAL MIDTOWN | Adam Hodges |
| 2ND FLOOR DREAM BLDG | **CATERING TENT** | DREAM BLDG PARKING DECK | **DREAM BLDG** | 550 PEACHTREE ST NE ATLANTA GA 30308 | 678-595-8241 |
| | **RIGHT SIDE OF STAGE 12** | **FOLLOW SIGNS** | **PARKING DECK** | **404.686.4411** | |

DocuSign Envelope ID: C8D5803C-A6D0-4D5B-8AFB-4F609D3F2D6D

**TPS PRODUCTION SERVICES, LLC**

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

Executive Producer/Writer: Tyler Perry
Director: Armani Ortiz

Producer: Angi Bones
Producer: Mark E. Swinton
Producer: Will Areu
Producer: Tony L. Strickland
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Exec: April Powell
Creative Exec: Antoinetta Stallings
UPM: Nikki Simpson

## TYLER PERRY'S
# THE OVAL

**GENERAL CREW CALL**

# 9:00 AM

| Monday, March 13, 2023 | |
|---|---|
| **Day 6 of 10** | |
| LOCATION: | |
| TYLER PERRY STUDIOS | |
| 315 DESHLER ST. SW | |
| ATLANTA GA 30310 | |
| DIRECTOR REHEARSAL: | 9:15A |
| SHOOTING CALL: | 9:30A |
| LUNCH: | 3:00P |
| CURRENT SCHEDULE/SCRIPT: BLUE | |
| WEATHER: | |

A FEW CLOUDS EARLY, OTHERWISE MOSTLY SUNNY.
CLEAR SKIES. WINDS NW AT 10 TO 20 MPH.

| High | 57° | Low | 32° |
|---|---|---|---|
| Sunrise | 7:51A | Sunset | 7:43P |

**NO FORCED CALLS, PRE-CALLS, ADDITIONAL CREW OR OVERTIME WITHOUT PRIOR APPROVAL OF UPM**

**** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL ****

**BREAKAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | CREW PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | EMORY UNIVERSITY HOSPITAL MIDTOWN | Adam Hodges |
| 2ND FLOOR DREAM BLDG | STAGE 12 | DREAM BLDG PARKING DECK | Gravel LOT B | 550 PEACHTREE ST NE ATLANTA GA 30308 | 678-595-8241 |
| | WHITE TENT (ON THE SIDE ) | FOLLOW SIGNS | ACROSS FROM STAGE 11 | 404.686.4411 | |

DA8692BA8AF94FB...

DocuSign Envelope ID: C8D5803C-A6D0-4D5B-8AFB-4F609D3F2D6D



**TPS PRODUCTION SERVICES, LLC**

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

Executive Producer/Writer: Tyler Perry
Director: Armani Ortiz

Producer: Angi Bones
Producer: Mark E. Swinton
Producer: Will Areu
Producer: Tony L. Strickland
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Exec: April Powell
Creative Exec: Antoinetta Stallings
UPM: Nikki Simpson

**TYLER PERRY'S**
**THE OVAL**

**GENERAL CREW CALL**

**10:00 AM**

BET SOCIAL MEDIA ON SET TODAY!!

| Tuesday, March 14, 2023 | |
|---|---|
| **Day 7 of 10** | |
| LOCATION: | |
| TYLER PERRY STUDIOS | |
| 315 DESHLER ST. SW | |
| ATLANTA GA 30310 | |
| DIRECTOR REHEARSAL: | 10:15A |
| SHOOTING CALL: | 10:30A |
| LUNCH: | 4:00P |
| **CURRENT SCHEDULE/SCRIPT: BLUE** | |
| WEATHER: | |

MAINLY SUNNY. CLEAR. WINDS NW AT 10 TO 20 MPH.

| High | 53° | Low | 30° |
|---|---|---|---|
| Sunrise | 7:49A | Sunset | 7:44P |

**NO FORCED CALLS, PRE-CALLS, ADDITIONAL CREW OR OVERTIME WITHOUT PRIOR APPROVAL OF UPM**

**** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL ****

**BREAKAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | CREW PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | EMORY UNIVERSITY HOSPITAL MIDTOWN | Adam Hodges |
| 2ND FLOOR DREAM BLDG | STAGE 12 | DREAM BLDG PARKING DECK | Gravel LOT B | 550 PEACHTREE ST NE ATLANTA GA 30308 | 678-595-8241 |
| | WHITE TENT (ON THE SIDE) | FOLLOW SIGNS | ACROSS FROM STAGE 11 | 404.686.4411 | |

DA8692BA8AF94F

**TPS PRODUCTION SERVICES, LLC**

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448



Executive Producer/Writer: Tyler Perry
Director: Armani Ortiz

Producer: Angi Bones
Producer: Mark E. Swinton
Producer: Will Areu
Producer: Tony L. Strickland
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Exec: April Powell
Creative Exec: Antoinetta Stallings
UPM: Nikki Simpson

**GENERAL CREW CALL**

## 10:00 AM

| Wednesday, March 15, 2023 | | |
|---|---|---|
| **Day 8 of 10** | | |
| **LOCATION:** | | |
| TYLER PERRY STUDIOS | | |
| 315 DESHLER ST. SW | | |
| ATLANTA GA 30310 | | |
| DIRECTOR REHEARSAL: | | 10:15A |
| SHOOTING CALL: | | 10:30A |
| LUNCH: | | 4:00P |
| **CURRENT SCHEDULE/SCRIPT: BLUE** | | |
| **WEATHER:** | | |
| MAINLY SUNNY. WINDS LIGHT AND VARIABLE. | | |
| High | 62° | Low | 35° |
| Sunrise | 7:48A | Sunset | 7:45P |

**NO FORCED CALLS, PRE-CALLS, ADDITIONAL CREW OR OVERTIME WITHOUT PRIOR APPROVAL OF UPM**

**\*\* CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL \*\***

**BREAKAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB \*\* NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | CREW PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | EMORY UNIVERSITY HOSPITAL MIDTOWN | Adam Hodges |
| 2ND FLOOR DREAM BLDG | STAGE 12 | DREAM BLDG PARKING DECK | Gravel LOT B | 550 PEACHTREE ST NE ATLANTA GA 30308 | 678-595-8241 |
| | WHITE TENT (ON THE SIDE ) | FOLLOW SIGNS | ACROSS FROM STAGE 11 | 404.686.4411 | |

**TPS PRODUCTION SERVICES, LLC**

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

Executive Producer/Writer: Tyler Perry
Director: Armani Ortiz

Producer: Angi Bones
Producer: Mark E. Swinton
Producer: Will Areu
Producer: Tony L. Strickland
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Exec: April Powell
Creative Exec: Antonietta Stallings
UPM: Nikki Simpson

## TYLER PERRY'S THE OVAL

### GENERAL CREW CALL

# 11:30 AM

| Thursday, March 16, 2023 | |
|---|---|
| **Day 9 of 10** | |
| **LOCATION:** | |
| TYLER PERRY STUDIOS | |
| 315 DESHLER ST. SW | |
| ATLANTA GA 30310 | |
| DIRECTOR REHEARSAL: | 11:45A |
| SHOOTING CALL: | 12:00P |
| LUNCH: | 5:30P |
| **CURRENT SCHEDULE/SCRIPT: BLUE** | |
| **WEATHER:** | |
| SUNSHINE AND CLOUDS MIXED. PARTLY CLOUDY SKIES EARLY FOLLOWED BY INCREASING CLOUDS WITH SHOWERS DEVELOPING LATER. CHANCE OF RAIN 40% | |

| | High | 69° | Low | 50° |
|---|---|---|---|---|
| | Sunrise | 7:47A | Sunset | 7:46A |

**NO FORCED CALLS, PRE-CALLS, ADDITIONAL CREW OR OVERTIME WITHOUT PRIOR APPROVAL OF UPM**

**** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL ****

**BREAKAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | CREW PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | EMORY UNIVERSITY HOSPITAL MIDTOWN | Adam Hodges |
| 2ND FLOOR DREAM BLDG | STAGE 12 | DREAM BLDG PARKING DECK | Gravel LOT B | 550 PEACHTREE ST NE ATLANTA GA 30308 | 678-595-8241 |
| | WHITE TENT (ON THE SIDE) | FOLLOW SIGNS | ACROSS FROM STAGE 11 | 404.686.4411 | |



**TPS PRODUCTION SERVICES, LLC**

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

Executive Producer/Writer: Tyler Perry
Director: Armani Ortiz

Producer: Angi Bones
Producer: Mark E. Swinton
Producer: Will Areu
Producer: Tony L. Strickland
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Exec: April Powell
Creative Exec: Antonietta Stallings
UPM: Nikki Simpson

**TYLER PERRY'S**
**THE OVAL**

**GENERAL CREW CALL**

**1:30 PM**

| | |
|---|---|
| **Friday, March 17, 2023** | |
| **Day 10 of 10** | |
| **LOCATION:** | |
| TYLER PERRY STUDIOS | |
| 315 DESHLER ST. SW | |
| ATLANTA GA 30310 | |
| DIRECTOR REHEARSAL: | 1:45P |
| SHOOTING CALL: | 2:00P |
| LUNCH: | 7:30P |
| **CURRENT SCHEDULE/SCRIPT: BLUE** | |
| **WEATHER:** | |
| Cloudy with periods of rain. Potential for heavy rainfall. Chance of Rain 100% Rainfall may reach one inch. | |
| High | 62° | Low | 34° |
| Sunrise | 7:45A | Sunset | 7:46P |

**NO FORCED CALLS, PRE-CALLS, ADDITIONAL CREW OR OVERTIME WITHOUT PRIOR APPROVAL OF UPM**

**\*\* CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL \*\***

**BREAKAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB \*\* NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | CREW PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | EMORY UNIVERSITY HOSPITAL MIDTOWN | Adam Hodges |
| 2ND FLOOR DREAM BLDG | STAGE 12 | DREAM BLDG PARKING DECK | Gravel LOT B | 550 PEACHTREE ST NE ATLANTA GA 30308 | 678-595-8241 |
| | WHITE TENT (ON THE SIDE ) | FOLLOW SIGNS | ACROSS FROM STAGE 11 | 404.686.4411 | |

DA8692BA8AF94FB

TPS PRODUCTION SERVICES, LLC.

**PRODUCTION OFFICE:**
ATLANTA: 315 Deshler St SW Bldg 58B
Atlanta, GA 30110

## JOY RIDGE

**CREW CALL**

Executive Producer/Writer/Director: Tyler Perry
Producer: Angi Bones
Producer: Will Areu
Producer/UPM: Carmen K. Jones
Associate Producer: Andy Norman
Associate Producer: Carole Wurst

DATE:   **Friday, February 23, 2024**
SHOOT DAY:   **4 of 5**

# 11:00A

GENERAL CREW CALL
(SEE BACK FOR INDIVIDUAL CALL TIMES)

| SHOOTING CALL | 12:00P |
|---|---|
| LUNCH | 5:00P |

WEATHER:   HIGH:  65 °/LOW: 43 °
Morning Rain, then Sun
Winds NW 17 MPH
48% Chance of Rain
SUNRISE:   7:13A   SUNSET:   6:29P
Script:   SHOOT DRAFT 2.18.24
Schedule:   WHITE 2.16.24

***NO FORCED CALLS, MISSED NDBs, PRE-CALLS, ADDITIONAL CREW OR OVERTIME WITHOUT PRIOR APPROVAL OF UPM**
**SHOOTING CREW TO MEET ON SET @ CALL TO DISCUSS FIRST SET UP / ALL CREW TO ATTEND SAFETY MEETING AT CALL**
**CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL / NO VIDEO, PHOTOGRAPHY, OR POSTING ON SOCIAL MEDIA OF ANY KIND ALLOWED / NO PERSONAL PHOTOGRAPHY**
** SAFETY MEETINGS TO BE HELD BY 1ST AD AT CALL AND WHENEVER STUNTS, SPFX, OR UNUSUAL ACTIVITY IS SCHEDULED**

| Crew Parking | Catering | Basecamp | BG Holding/Parking |
|---|---|---|---|
| TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS |
| DREAM BLDG | CATERING TENT | 2ND FLOOR DREAM BLDG | STAGE 1 |
| PARKING DECK | PARKING LOT BEHIND DREAM BLDG | | PARKING: 1255 THORNE AVE |

Nearest Hospital: EMORY UNIVERSITY HOSPITAL MIDTOWN
550 PEACHTREE ST NE ATLANTA, GA 30308

SET MEDIC: ADAM HODGES (678) 595-8241



TPS PRODUCTION SERVICES, LLC.

PRODUCTION OFFICE:
ATLANTA: 315 Deshler St SW Bldg 58B
Atlanta, GA 30310

TYLER PERRY'S
JOY RIDGE

CREW CALL

**DATE:** Monday, February 26, 2024

**SHOOT DAY:** 5 of 5

Executive Producer/Writer/Director: Tyler Perry
Producer: Angi Bones
Producer: Will Areu
Producer/UPM: Carmen K. Jones
Associate Producer: Andy Norman
Associate Producer: Carole Wurst

# 8:00A

### GENERAL CREW CALL
(SEE BACK FOR INDIVIDUAL CALL TIMES)

| SHOOTING CALL | 9:00A |
| LUNCH | 2:00P |

**WEATHER:** HIGH: 74 °/ LOW: 55 °
Mostly Sunny
Winds SSW 12 MPH
3% Chance of Rain
SUNRISE: 7:10A  SUNSET: 6:31P
Script:    SHOOT DRAFT 2.18.24
Schedule:   YELLOW 2.22.24

***NO FORCED CALLS, MISSED NDBs, PRE-CALLS, ADDITIONAL CREW OR OVERTIME WITHOUT PRIOR APPROVAL OF UPM**
**SHOOTING CREW TO MEET ON SET @ CALL TO DISCUSS FIRST SET UP / ALL CREW TO ATTEND SAFETY MEETING AT CALL**
** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL / NO VIDEO, PHOTOGRAPHY, OR POSTING ON SOCIAL MEDIA OF ANY KIND ALLOWED / NO PERSONAL PHOTOGRAPHY**
** SAFETY MEETINGS TO BE HELD BY 1ST AD AT CALL AND WHENEVER STUNTS, SPFX, OR UNUSUAL ACTIVITY IS SCHEDULED**

| Crew Parking | Catering | Basecamp | Working Trucks | BG Holding/Parking |
|---|---|---|---|---|
| LOC #1: FULTON COUNTY AIRPORT 3940 AVIATION CIR NW ATLANTA, GA 30336 | LOC #1: FULTON COUNTY AIRPORT 3940 AVIATION CIR NW ATLANTA, GA 30336 | TYLER PERRY STUDIOS DREAM BLDG - 2ND FLOOR | LOC #1: FULTON COUNTY AIRPORT 3940 AVIATION CIR NW ATLANTA, GA 30336 | LOC #1: FULTON COUNTY AIRPORT 3940 AVIATION CIR NW ATLANTA, GA 30336 |
| LOC #2: TYLER PERRY STUDIOS DREAM BLDG PARKING DECK | LOC #2 (BFAST & LUNCH): TYLER PERRY STUDIOS CATERING TENT PARKING LOT BEHIND DREAM BLDG | | ON-SITE | LOC #2:FASHION SHOW BG TYLER PERRY STUDIOS - STAGE 1 PARKING: 1255 THORNE AVE |
| Nearest Hospital: LOC #1: WELLSTAR COBB HOSPITAL 3950 AUSTELL RD AUSTELL, GA 30106 | | | | |
| LOC #2: EMORY UNIVERSITY HOSPITAL MIDTOWN  550 PEACHTREE ST NE ATLANTA, GA 30308 | | | | |

# Exhibit "B"

DocuSign Envelope ID: 098FDBA7-91EE-45AA-8815-30E9580E1DA0



**SAG·AFTRA** | **SAG-AFTRA 2017 NEW MEDIA**
**PRINCIPAL PERFORMER CONTRACT**

This Agreement covers the employment of the covered Performer by Producer in a made for New Media program.
*Performer: Please retain a copy of this contract for your records/proof of employment.*

Date: November 18, 2019

**1. PARTIES:**

| **"Producer"** | **"Performer"** |
|---|---|
| Name/Company (Employer): **And Action LLC** | Name: **Derek Alexander Dixon** |
| Address: **541 10th Street #172** **Atlanta, GA 30318** | Social Security #: _____ |
| | Address (for all notices and payment): **Atlanta, GA 30309** |
| | ☐ Check here if the above is Agent Address |
| Contact Numbers (Telephone/Fax/Mobile): | Contact Numbers (Home Phone/Message Service/Mobile): |
| Home/Office: _____ | Home: _____ |
| Mobile: _____ | Messaging Service/Mobile: _____ |
| Fax: _____ | Email: _____ |
| Email: _____ | Other: _____ |
| Other: _____ | |

**2. DEAL TERMS:**

| **A. New Media Program Title:** "Ruthless" Ep.106 "Lost" | **B. Performer's Role:** (#39) DALE |
|---|---|
| **C. Exhibition URL(s) and Services:** | **D. Date(s) of Performer Services:** November 18, 2019 |

**E. Compensation:** Producer shall make contributions to the Screen Actors Guild Pension and Health Plans at the current rates specified in the Basic Agreement for all compensation paid to Performer. Performer compensation must be paid in accordance with the minimums set forth within the SAG-AFTRA New Media Agreement executed to cover the Program noted in 2(A) above. Performer compensation shall be the following (Please attach a rider if additional space is needed to describe the deal terms.):

$_____ per eight (8) hour day and (note any additional negotiated compensation below):

_____

Overtime shall be paid per the terms set forth in Section 2: Compensation and Section 4: Addition Provisions; Right to Monitor of the SAG-AFTRA New Media Agreement executed to cover the Program noted in 2(A) above.

**3. AGREEMENTS:** All provisions of the collective bargaining agreement between SAG-AFTRA and Producer relating to New Media programs shall be deemed incorporated into this Agreement. "Basic Agreement" means the current Producer-Screen Actors Guild Codified Basic and Television Agreements.

**4. ARBITRATION:** Disputes regarding the interpretation, application or alleged violation of this Agreement will be submitted to binding arbitration in California under the procedure in the applicable SAG-AFTRA New Media Agreement.

On behalf of Producer/Company:

_____
SIGNATURE

Performer:

_____
884EE342C66D4A6...
SIGNATURE

**Performer may not waive any provision of this contract without the written consent of SAG-AFTRA.**

DocuSign Envelope ID: 24F0A9111-A5AEW81E-9540E-0E6C04N

**ADDENDUM TO**
**SCREEN ACTORS GUILD – AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS**
**2017 NEW MEDIA PRINCIPAL PERFORMER CONTRACT**

**PRODUCER'S STANDARD TERMS & CONDITIONS**

This Addendum is attached to and made a part of that certain Screen Actors Guild ("SAG") – American Federation of Television and Radio Artists ("AFTRA") 2017 New Media Principal Performer Contract (collectively, the "Agreement") dated as of <u>November 18, 2019</u> between And Action LLC ("Producer") and <u>Derek Alexander Dixon</u> ("Performer") in connection with Performer's services in the role of <u>"DALE"</u> (the "Role") in the television series currently entitled "Ruthless" (the "Series"). For good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged), the parties do hereby further agree as follows:



DocuSign Envelope ID: 2B5EU4/A0911421-3FEWJ-SK/E954910-LU11



M.    General.  In the event that there is any conflict between any provision of the Agreement or these standard terms and conditions and any statute, law, regulation, or any applicable provision of the applicable collective bargaining agreement (if any) between Producer and the labor organization controlling with respect hereto, the latter shall prevail; provided, however, that in such event the provision hereof is so affected shall be curtailed and limited only to the minimum extent necessary to permit compliance with the minimum requirement, and no other provision hereof shall be affected thereby and all other provisions hereof shall continue in full force and effect. This Agreement contains the full and complete understanding between the parties, replaces and supersedes all prior and contemporaneous written or oral agreements and understandings pertaining hereto and cannot be modified except by a writing signed by each party. This Agreement may be executed and delivered via facsimile or via other electronic means in one or more counterparts, each of which shall be deemed an original agreement, but all of which together shall constitute one and the same agreement. This Agreement shall be deemed to have been entered into and made in the State of Georgia and shall be construed and enforced in accordance with the internal law of the State of Georgia applicable to contracts negotiated, executed and wholly performed within said State and subject to the exclusive jurisdiction of the courts located in Atlanta, Georgia. Notwithstanding anything to the contrary contained herein, Producer shall also have the right to withhold payment for any and all federal, provincial and municipal income, social security, and other taxes required to be remitted on the fees paid to Performer under the terms of this Agreement, including, without limitation, a six percent (6%) Georgia state income tax, if required.



P.    Dispute Resolution: Any and all controversies, claims or disputes arising out of or related to this Agreement or the interpretation, performance or uncured material breach thereof, including, but not limited to, alleged violations of state or federal statutory or common law rights or duties and the determination of the scope or applicability of this agreement to arbitrate ("Dispute"), shall be resolved according to the procedures set forth in subparagraph P(1) below (the "Resolution Procedures").  Except as amended in subparagraph P(2), the parties agree that the Resolution Procedures shall constitute the sole dispute resolution mechanism hereunder to the extent such mechanism is not governed by an applicable collective bargaining agreement.

(1)    Arbitration: This Agreement shall be governed by the laws of the State of Georgia applicable to agreements entered into and to be wholly performed therein without regard to its choice of laws principles.  In the event the network and/or Producer are unable to informally resolve any Dispute, then such Dispute shall be submitted to final and binding arbitration.  The arbitration shall be initiated and conducted at the Atlanta Office of JAMS, or its successor,

according to the JAMS Comprehensive (for claims over Two Hundred Fifty Thousand Dollars [$250,000]) or JAMS Streamlined (for claims under Two Hundred Fifty Thousand Dollars [$250,000]) Arbitration Rules and Procedures, except as modified herein, including the Optional Appeal Procedure and Expedited Arbitration Rules, in effect at the time the request for arbitration is made. Unless the network and Producer agree otherwise, the neutral arbitrator and the members of any appeal panel shall be former or retired judges or justices of any Georgia state or federal court with experience in matters involving the entertainment industry, who shall serve as the sole neutral, independent and impartial arbitrator. The arbitration must be initiated by the party seeking arbitration within the limitations period provided under Georgia law for the claim being asserted, and this Agreement shall not be interpreted as altering or extending any statutes of limitation that would otherwise be applicable if a claim were being filed in a court of law. The arbitrator shall follow Georgia law and the Georgia Rules of Evidence in adjudicating the Dispute. In any arbitration arising out of or related to this Agreement, the arbitrator(s) may not award any punitive or exemplary damages and the parties waive any right to recover such damages. Within thirty (30) days from the date the final award is rendered, either party may request an appeal from the arbitrator's decision by giving proper notice to the other party or parties and JAMS that an appeal is sought. Appeals shall be heard and decided by a panel of three (3) neutral arbitrators, not to include the arbitrator. If no party gives notice of an appeal within the required thirty-day period, the arbitrator's decision shall be considered final. If there is an appeal, the decision of the majority of the panel shall constitute the final arbitration decision. If either party refuses to perform any or all of its obligations under the final arbitration award (following appeal, if applicable) within thirty (30) days of such award being rendered, then the other party may enforce the final award in any court of competent jurisdiction in Fulton County. The party seeking enforcement shall be entitled to an award of all costs, fees and expenses, including reasonable outside attorneys' fees, incurred in enforcing the award, to be paid by the party against whom enforcement is ordered. The parties shall otherwise be responsible for payment of all of their own costs, fees and expenses, including reasonable outside attorneys' fees, of arbitrating any Dispute. In the event of conflicting arbitration provisions between this Agreement and other documents between the parties hereto, the provisions of this paragraph will control. To the extent that there is any disagreement about the arbitrability of a Dispute, the determination of arbitrability shall be made in accordance with the Federal Arbitration Act.

(2)    Other Matters:  Any Dispute or portion thereof, or any claim for a particular form of relief (not otherwise precluded by any other provision of this Agreement), that may not be arbitrated pursuant to applicable state or federal law may be heard only in a court of competent jurisdiction in Fulton County applying Georgia law without regard to its choice of laws principles.

**AGREED AND ACCEPTED:**

**AND ACTION LLC ("Producer")**

By:_____

Its:_____

Date:_____

DocuSigned by:

884EE342C66D4A6

**DEREK ALEXANDER DIXON ("Performer")**

Date:___NOVEMBER 18, 2019_____

# Exhibit "C"

## PERFORMER AGREEMENT

**AND ACTION LLC**
**541 10TH STREET NW, SUITE #172**
**ATLANTA, GEORGIA 30318**

As of February 20, 2020

<u>Via Email:</u> ███████████
Ralph (Trey) Stephens
950 W Peachtree Street NE unit 1234
Atlanta, GA 30309

<u>Via Email:</u> ███████████
Derek A. Dixon
███████████
Atlanta, GA 30309

**Re:**    **"THE OVAL" / DEREK A. DIXON**

Dear Derek:

This agreement (together with the attached Exclusivity/Position Rider and Standard Terms and Conditions, shall collectively be referred to herein as the "Agreement") will confirm the terms of the agreement between DEREK A. DIXON ("Performer") and ACTION LLC ("Producer") concerning Performer's services in a television series ("Series") as described herein. Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Standard Terms and Conditions.



















17.    <u>TRAVEL</u>: Performer represents and warrants that Performer's principal residence is located in **<u>Atlanta, GA</u>**. If Producer requires Performer to travel to a location more than seventy-five (75) miles from Performer's principal residence (or wherever Performer may then be, if closer) in connection with Performer's services hereunder, Producer shall provide Performer with round trip transportation as required by the Applicable Guild Agreement (on an if available and if used basis), accommodations (room and tax only, and on an if available and if used basis), and a per diem allowance, all within Producer's customary parameters and subject to the provisions of the Applicable Guild Agreement.



All other terms and conditions shall be as set forth in the attached Exclusivity/Position Rider, the attached Standard Terms and Conditions, and the Nudity/Simulated Sex Waiver Form, all of which are incorporated herein by this reference and together shall constitute the entire agreement between the parties with respect to the subject matter hereof.

AGREED TO AND ACCEPTED:

**AND ACTION LLC**

By:_____

Its:_____

AGREED TO AND ACCEPTED:

_____
**DEREK A. DIXON**

Dated: 2/24/20

EXCLUSIVITY/POSITION RIDER







**STANDARD TERMS & CONDITIONS**

These Standard Terms and Conditions are hereby incorporated into and made a part of the agreement to which these Standard Terms and Conditions are attached (the "Deal Terms") between Producer and Performer with respect to the television Series described therein. Capitalized terms used herein shall be deemed to have the same meaning as set forth in the Deal Terms or as otherwise specified herein below. Except as otherwise expressly stated herein, in the event of any conflict between provisions of these Standard Terms and Conditions and of the Deal Terms, the provisions of the Deal Terms shall control. The Deal Terms, these Standard Terms and Conditions and the Exclusivity/Position Rider are collectively this "Agreement." If Performer is employed through a loan-out corporation, all references in this Agreement to Performer shall be understood as required by the operation of Paragraph 25(a) below.





















a one-time basis.

24.    **Dispute Resolution:** Any and all controversies, claims or disputes arising out of or related to this Agreement or the interpretation, performance or uncured material breach thereof, including, but not limited to, alleged violations of state or federal statutory or common law rights or duties and the determination of the scope or applicability of this agreement to arbitrate ("Dispute"), shall be resolved according to the procedures set forth in Paragraph 24(a) below (the "Resolution Procedures"). Except as amended in Paragraph 24(b), the parties agree that the Resolution Procedures shall constitute the sole dispute resolution mechanism hereunder to the extent such mechanism is not governed by an applicable collective bargaining agreement.

(a)    <u>Arbitration:</u> This Agreement shall be governed by the laws of the State of Georgia applicable to agreements entered into and to be wholly performed therein without regard to its choice of laws principles. In the event the Network and/or Producer are unable to informally resolve any Dispute, then such Dispute shall be submitted to final and binding arbitration. The arbitration shall be initiated and conducted at the Atlanta Office of JAMS, or its successor, according to the JAMS Comprehensive (for claims over Two Hundred Fifty Thousand Dollars [$250,000]) or JAMS Streamlined (for claims under Two Hundred Fifty Thousand Dollars [$250,000]) Arbitration Rules and Procedures, except as modified herein, including the Optional Appeal Procedure and Expedited Arbitration Rules, in effect at the time the request for arbitration is made. Unless the Network and Producer agree otherwise, the neutral arbitrator and the members of any appeal panel shall be former or retired judges or justices of any Georgia state or federal court with experience in matters involving the entertainment industry, who shall serve as the sole neutral, independent and impartial arbitrator. The arbitration must be initiated by the party seeking arbitration within the limitations period provided under Georgia law for the claim being asserted, and this Agreement shall not be interpreted as altering or extending any statutes of limitation that would otherwise be applicable if a claim were being filed in a court of law. The arbitrator shall follow Georgia law and the Georgia Rules of Evidence in adjudicating the Dispute. In any arbitration arising out of or related to this Agreement, the arbitrator(s) may not award any punitive or exemplary damages and the parties waive any right to recover such damages. Within thirty (30) days from the date the final award is rendered, either party may request an appeal from the arbitrator's decision by giving proper notice to the other party or parties and JAMS that an appeal is sought. Appeals shall be heard and decided by a panel of three (3) neutral arbitrators, not to include the arbitrator. If no party gives notice of an appeal within the required thirty-day period, the arbitrator's decision shall be considered final. If there is an appeal, the decision of the majority of the panel shall constitute the final arbitration decision. If either party refuses to perform any or all of its obligations under the final arbitration award (following appeal, if applicable) within thirty (30) days of such award being rendered, then the other party may enforce the final award in any court of competent jurisdiction in Fulton County. The party seeking enforcement shall be entitled to an award of all costs, fees and expenses, including reasonable outside attorneys' fees, incurred in enforcing the award, to be paid by the party against whom enforcement is ordered. The parties shall otherwise be responsible for payment of all of their own costs, fees and expenses, including reasonable outside attorneys' fees, of arbitrating any Dispute. In the event of conflicting arbitration provisions between this Agreement and other documents between the parties hereto, the provisions of this paragraph will control. To the extent that there is any disagreement about the arbitrability of a Dispute, the determination of arbitrability shall be made in accordance with the Federal Arbitration Act.

(b)    <u>Other Matters:</u> Any Dispute or portion thereof, or any claim for a particular form of relief (not otherwise precluded by any other provision of this Agreement), that may not be arbitrated pursuant to applicable state or federal law may be heard only in a court of competent jurisdiction in Fulton County applying Georgia law without regard to its choice of laws principles.

25.    **Miscellaneous:**

(a)      If Performer's services are being loaned to Producer by a loan-out company ("Lender"), all references herein to Performer shall be deemed to include Lender, and Lender and Performer represent and warrant as follows: (i) Lender has a valid subsisting exclusive agreement with Performer under which Performer is obligated to render Performer's services for Lender for at least the full term of this Agreement; (ii) each has the right to enter into this Agreement with Producer to furnish Performer's services and to grant all of the rights as herein set forth; (iii) Lender is a corporation duly organized and existing under the laws of Lender's state or country of incorporation; (iv) Lender is a bona fide corporate business entity established for a valid business purpose within the meaning of the tax laws of the United States; (v) if Lender was incorporated outside of the United States, Lender is not engaged in any trade or business in the United States, Lender does not have a "permanent establishment" in the United States, as such term is defined in the tax treaty between the United States and the country of incorporation, and Lender does not have any agent in the United States who has, or habitually exercises, general authority to negotiate and conclude contracts on behalf of Lender; and (vi) Lender shall fulfill all of the responsibilities of the employer of Performer and shall fully discharge all of such obligations as required by any and all laws, regulations, and orders now or hereafter enforced, including but not limited to, those which may require the deduction or withholding of money for taxes or otherwise from any of the sums payable to Performer, the payment of all required fringe payments resulting from Lender's employment of Performer (including FICA, SUI, FUTA), and the filing of tax returns and payment of required taxes in all applicable jurisdictions where Performer renders services on the Series. In connection therewith, if the Series is produced pursuant to a state's production incentive program (including but not limited to tax credit and/or tax rebate incentives) ("Incentive Program"), and if Producer's receipt of benefits under the Incentive Program is contingent upon the payment by Performer (and other Series personnel) of income taxes in such state, Lender hereby irrevocably authorizes Producer to withhold from payments due Lender hereunder the applicable state income tax percentage of Lender's fee that is allocable to Performer's services rendered in the state, and to pay such amounts to the state as payment of withholding tax for the account of Performer. Notwithstanding anything to the contrary contained herein, Producer shall also have the right to withhold payment for any and all federal, provincial and municipal income, social security, and other taxes required to be remitted on the fees paid to Performer under the terms of this Agreement, including, without limitation, a six percent (6%) Georgia state income tax, if required. For the avoidance of doubt, Producer shall pay directly to Lender all compensation to which Performer is entitled hereunder, and Performer shall look solely to Lender for payment in accordance with Performer's employment agreement with Lender. Further**,** Producer shall pay directly to the applicable guild pension, health and welfare plan, if any, the employer's contributions, if any, required by the Applicable Guild Agreement, but not exceeding those which Producer would have been obligated to pay if Producer had employed Performer directly. Lender also shall carry worker's compensation insurance and shall fulfill whatever obligations Lender is legally required to fulfill as a general employer under applicable worker's compensation laws. Producer shall act as "Special Employer" only for purposes of worker's compensation for Lender and its employees pursuant to **Georgia law**. In addition, Lender shall indemnify Producer on the same terms as set forth above for (a) any claim for compensation by Performer; (b) any failure on Lender's part to make or pay the required deductions or withholdings, or both, from the compensation payable to Performer by Lender; or (c) any failure on Lender's part to discharge the obligations as the employer of Performer. Finally, Lender hereby grants to Producer all rights which it may have in and to the results and proceeds of Performer's services as Performer's general employer.

(e)      This Agreement shall be governed by and construed in accordance with the internal laws of the State of Georgia (i.e., without regard to the conflicts of laws provisions thereof). Nothing contained herein shall require the commission of any act or payment of any compensation or other amount which is contrary to any applicable law or union or guild agreement (including without limitation the Applicable Guild Agreement). If there shall exist any conflict between this Agreement, on the one hand, and any such law or union or guild agreement, on the other hand, the latter shall prevail and the provision(s) hereof affected shall be curtailed, limited, severed from this Agreement and/or eliminated only to the extent necessary to remove such conflict; and as so modified this Agreement shall continue in full force and effect.



***END OF STANDARD TERMS AND CONDITIONS***

-

# Exhibit "D"

DocuSign Envelope ID: D6B2619F-2148-47D6-9877-05939877C310



### SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS MINIMUM FREELANCE WEEKLY CONTRACT FOR TELEVISION MOTION PICTURES

**THE PERFORMER MAY NOT WAIVE ANY PROVISION OF THIS CONTRACT WITHOUT THE WRITTEN CONSENT OF SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS (HEREINAFTER "SAG-AFTRA")**

**Continuous Employment - Weekly Basis -
Weekly Salary - One Week Minimum Employment**

**THIS AGREEMENT** is made this <u>21</u> day of <u>March</u>, 20 <u>22</u>, between <u>TPS Production Services LLC</u>, hereinafter called "Producer," and <u>Derek Dixon</u>, hereinafter called "Performer".

### WITNESSETH:

1. <u>Photoplay; Role and Guarantee</u>. Producer hereby engages Performer to render services in the role of <u>#1 JACOB</u>, in a photoplay produced primarily for exhibition over free television, the working title of which is now <u>Losing It</u>. Performer accepts such engagement upon the terms herein specified. Producer guarantees that it will furnish Performer not less than <u>one</u> weeks' employment. (If this blank is not filled in, the guarantee will be one week).

DocuSign Envelope ID: D6B2619E-2148-47D6-8877-05939877C310



**IN WITNESS WHEREOF,** the parties have executed this contract on the day and year first written above.



By _____
                          Producer

By _____
                          Performer

█████████████████████     _____
                          Social Security No.

**NOTICE TO PERFORMER: IT IS IMPORTANT THAT YOU RETAIN A COPY OF THIS CONTRACT FOR YOUR PERMANENT RECORDS.**

Production time reports are available on the set at the end of each day. Such reports shall be signed or initialed by the performer.

Attached hereto for your use is a Declaration Regarding Income Tax Withholding ("Part Year Employment Method of Withholding").  You may utilize such form by delivering same to Producer.

**ADDENDUM TO**
**SCREEN ACTORS GUILD – AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS**
**MINIMUM FREELANCE WEEKLY CONTRACT FOR TELEVISION MOTION PICTURES**

**PRODUCER'S STANDARD TERMS & CONDITIONS**

This Addendum is attached to and made a part of that certain Screen Actors Guild ("SAG") – American Federation of Television and Radio Artists ("AFTRA") Minimum Freelance Weekly Contract for Television Motion Pictures (collectively, the "Agreement") dated as of ____March 21, 2022____ between TPS Production Services, LLC ("Producer") and ____Derek Dixon____ ("Performer") in connection with Performer's services in the role of "____#1 JACOB____" (the "Role") in the television series currently entitled "Losing It" (the "Series"). For good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged), the parties do hereby further agree as follows:

P.    Dispute Resolution: Any and all controversies, claims or disputes arising out of or related to this Agreement or the interpretation, performance or uncured material breach thereof, including, but not limited to, alleged violations of state or federal statutory or common law rights or duties and the determination of the scope or applicability of this agreement to arbitrate ("Dispute"), shall be resolved according to the procedures set forth in subparagraph P(1) below (the "Resolution Procedures").   Except as amended in subparagraph P(2), the parties agree that the Resolution Procedures shall constitute the sole dispute resolution mechanism hereunder to the extent such mechanism is not governed by an applicable collective bargaining agreement.

(1)    Arbitration: This Agreement shall be governed by the laws of the State of Georgia applicable to agreements entered into and to be wholly performed therein without regard to its choice of laws principles.  In the event the network and/or Producer are unable to informally resolve any Dispute, then such Dispute shall be submitted to final and binding arbitration.  The arbitration shall be initiated and conducted at the Atlanta Office of JAMS, or its successor,

according to the JAMS Comprehensive (for claims over Two Hundred Fifty Thousand Dollars [$250,000]) or JAMS Streamlined (for claims under Two Hundred Fifty Thousand Dollars [$250,000]) Arbitration Rules and Procedures, except as modified herein, including the Optional Appeal Procedure and Expedited Arbitration Rules, in effect at the time the request for arbitration is made. Unless the network and Producer agree otherwise, the neutral arbitrator and the members of any appeal panel shall be former or retired judges or justices of any Georgia state or federal court with experience in matters involving the entertainment industry, who shall serve as the sole neutral, independent and impartial arbitrator. The arbitration must be initiated by the party seeking arbitration within the limitations period provided under Georgia law for the claim being asserted, and this Agreement shall not be interpreted as altering or extending any statutes of limitation that would otherwise be applicable if a claim were being filed in a court of law. The arbitrator shall follow Georgia law and the Georgia Rules of Evidence in adjudicating the Dispute. In any arbitration arising out of or related to this Agreement, the arbitrator(s) may not award any punitive or exemplary damages and the parties waive any right to recover such damages. Within thirty (30) days from the date the final award is rendered, either party may request an appeal from the arbitrator's decision by giving proper notice to the other party or parties and JAMS that an appeal is sought.  Appeals shall be heard and decided by a panel of three (3) neutral arbitrators, not to include the arbitrator.  If no party gives notice of an appeal within the required thirty-day period, the arbitrator's decision shall be considered final.  If there is an appeal, the decision of the majority of the panel shall constitute the final arbitration decision. If either party refuses to perform any or all of its obligations under the final arbitration award (following appeal, if applicable) within thirty (30) days of such award being rendered, then the other party may enforce the final award in any court of competent jurisdiction in Fulton County.  The party seeking enforcement shall be entitled to an award of all costs, fees and expenses, including reasonable outside attorneys' fees, incurred in enforcing the award, to be paid by the party against whom enforcement is ordered. The parties shall otherwise be responsible for payment of all of their own costs, fees and expenses, including reasonable outside attorneys' fees, of arbitrating any Dispute. In the event of conflicting arbitration provisions between this Agreement and other documents between the parties hereto, the provisions of this paragraph will control. To the extent that there is any disagreement about the arbitrability of a Dispute, the determination of arbitrability shall be made in accordance with the Federal Arbitration Act.

(2)    Other Matters:  Any Dispute or portion thereof, or any claim for a particular form of relief (not otherwise precluded by any other provision of this Agreement), that may not be arbitrated pursuant to applicable state or federal law may be heard only in a court of competent jurisdiction in Fulton County applying Georgia law without regard to its choice of laws principles.

AGREED AND ACCEPTED:

TPS PRODUCTION SERVICES, LLC ("Producer")

By: _Anji Bones_____
Its: President
Date: 3/22/2022

_____
Derek Dixon                                    ("Performer")
Date: 03/20/22

# Exhibit "E"



**SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS MINIMUM FREELANCE CONTRACT FOR THEATRICAL MOTION PICTURES**

**THE PERFORMER MAY NOT WAIVE ANY PROVISION OF THIS CONTRACT WITHOUT THE WRITTEN CONSENT OF SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS (HEREINAFTER SAG-AFTRA)**

Continuous Employment-Weekly Basis-Weekly Salary
One Week Minimum Employment

THIS AGREEMENT, made this  21st   day of   FEBRUARY   ,20 24  , between  TPS Production Services, LLC _____, hereinafter called "Producer," and  Derek Dixon LLC FED ID#86-2538386 f/s/o Derek Dixon _____, hereinafter called "Performer."

W I T N E S S E T H:

1.  PHOTOPLAY, ROLE, SALARY AND GUARANTEE:  Producer hereby engages Performer to render services as such in the role of   GILDON  , in a photoplay, the working title of which is now   "JOY RIDGE"  , at the salary of $ 50,000  (all in, including loop day)  per "studio week" (Schedule B Performers must receive an additional overtime payment of four (4) hours at straight time rate for each overnight location Saturday).  Performer accepts such engagement upon the terms herein specified.  Producer guarantees that it will furnish Performer not less than _____ weeks of employment (if this blank is not filled in, the guarantee shall be one week).  Performer shall be paid pro rata for each additional day beyond guarantee until dismissal.

IN WITNESS WHEREOF, the parties have executed this agreement on the day and year first above written.

PRODUCER _____          PERFORMER _____

BY_____          Social Security No.  613664565
        President of Production

*The "on or about" clause may only be used when the contract is delivered to the Performer at least seven days before the starting date.  See Codified Basic Agreement, Schedule B, Schedule C, otherwise a specific starting date must be stated.

Production time reports are available on the set at the end of each day, which reports shall be signed or initialed by the Performer.

Attached hereto for your use are the following: (1) Declaration Regarding Income Tax Withholding ("Part Year Employment Method of Withholding") and (2) Declaration Regarding Income Tax Withholding. You may utilize the applicable form by delivering same to Producer. Only one of such forms may be used.

**NOTICE TO PERFORMER**: IT IS IMPORTANT THAT YOU RETAIN A COPY OF THIS CONTRACT FOR YOUR PERMANENT RECORDS.

## ADDENDUM TO
## SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS
## MINIMUM FREELANCE CONTRACT FOR THEATRICAL MOTION PICTURES

### PRODUCER'S STANDARD TERMS & CONDITIONS

This Addendum is attached to and made a part of that certain Screen Actors Guild ("SAG") – American Federation of Television and Radio Artists ("AFTRA") Minimum Freelance Contract for Theatrical Motion Pictures (collectively, the "Agreement") dated as of FEBRUARY 22, 2024 between TPS Production Services ("Producer") and Derek Dixon LLC FED ID#86-2538386 ("Lender") f/s/o DEREK DIXON ("Performer") in connection with Performer's services in the role of "GILDON" (the "Role") in the feature length motion picture project currently entitled "Joy Ridge" (the "Picture"). Notwithstanding anything to the contrary contained herein and for purposes of clarification hereunder, although under the Agreement, "Performer" was collectively defined as "Derek Dixon LLC FED ID#86-2538386 f/s/o DEREK DIXON", for purposes of this Addendum, Derek Dixon LLC FED ID#86-2538386 is hereby defined as "Lender" and DEREK DIXON is hereby defined as "Performer".  For good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged), the parties do hereby further agree as follows:





DocuSign Envelope ID: 5905D34B-4376-4C5C-9145-CDF4DAC9B38D



DocuSign Envelope ID: 5905D34B-4876-4C5C-9145-CDF4DAC9B38D

M.    <u>General</u>.  In the event that there is any conflict between any provision of the Agreement or these standard terms and conditions and any statute, law, regulation, or any applicable provision of the applicable collective bargaining agreement (if any) between Producer and the labor organization controlling with respect hereto, the latter shall prevail; provided, however, that in such event the provision hereof is so affected shall be curtailed and limited only to the minimum extent necessary to permit compliance with the minimum requirement, and no other provision hereof shall be affected thereby and all other provisions hereof shall continue in full force and effect. This Agreement contains the full and complete understanding between the parties, replaces and supersedes all prior and contemporaneous written or oral agreements and understandings pertaining hereto and cannot be modified except by a writing signed by each party. This Agreement may be executed and delivered via facsimile or via other electronic means in one or more counterparts, each of which shall be deemed an original agreement, but all of which together shall constitute one and the same agreement.  This Agreement shall be deemed to have been entered into and made in the State of Georgia and shall be construed and enforced in accordance with the internal law of the State of Georgia applicable to contracts negotiated, executed and wholly performed within said State and subject to the exclusive jurisdiction of the courts located in Atlanta, Georgia.  Notwithstanding anything to the contrary contained herein, Producer shall also have the right to withhold payment for any and all federal, provincial and municipal income, social security, and other taxes required to be remitted on the fees paid to Lender (on behalf of Performer) under the terms of this Agreement, including, without limitation, a six percent (6%) Georgia state income tax, if required.



P.    <u>Dispute Resolution</u>:  Any and all controversies, claims or disputes arising out of or related to this Agreement or the interpretation, performance or uncured material breach thereof, including, but not limited to, alleged violations of state or federal statutory or common law rights or duties and the determination of the scope or applicability of this agreement to arbitrate ("Dispute"), shall be resolved according to the procedures set forth in subparagraph P(1) below (the "Resolution Procedures").  Except as amended in subparagraph P(2), the parties agree that the Resolution Procedures shall constitute the sole dispute resolution mechanism hereunder to the extent such mechanism is not governed by an applicable collective bargaining agreement.

(1)    <u>Arbitration</u>:  This Agreement shall be governed by the laws of the State of Georgia applicable to agreements entered into and to be wholly performed therein without regard to its choice of laws principles.  In the event the network and/or Producer are unable to informally resolve any Dispute, then such Dispute shall be submitted to final and binding arbitration. The arbitration shall be initiated and conducted at the Atlanta Office of JAMS, or its successor, according to the JAMS Comprehensive (for claims over Two Hundred Fifty Thousand Dollars [$250,000]) or JAMS Streamlined (for claims under Two Hundred Fifty Thousand Dollars [$250,000]) Arbitration Rules and Procedures, except as modified herein, including the Optional Appeal Procedure and Expedited Arbitration Rules, in effect at the time the request for arbitration is made. Unless the network and Producer agree otherwise, the neutral arbitrator and the members of any appeal panel shall be former or retired judges or justices of any Georgia state or federal court with experience in matters involving the entertainment industry, who shall serve as the sole neutral, independent and impartial arbitrator. The arbitration must be initiated by the party seeking arbitration within the limitations period provided under Georgia law for the claim being asserted, and this Agreement shall not be interpreted as altering or extending any statutes of limitation that would otherwise be applicable if a claim were being filed in a court of law. The arbitrator shall follow Georgia law and the Georgia Rules of Evidence in adjudicating the Dispute. In any

arbitration arising out of or related to this Agreement, the arbitrator(s) may not award any punitive or exemplary damages and the parties waive any right to recover such damages. Within thirty (30) days from the date the final award is rendered, either party may request an appeal from the arbitrator's decision by giving proper notice to the other party or parties and JAMS that an appeal is sought. Appeals shall be heard and decided by a panel of three (3) neutral arbitrators, not to include the arbitrator. If no party gives notice of an appeal within the required thirty-day period, the arbitrator's decision shall be considered final. If there is an appeal, the decision of the majority of the panel shall constitute the final arbitration decision. If either party refuses to perform any or all of its obligations under the final arbitration award (following appeal, if applicable) within thirty (30) days of such award being rendered, then the other party may enforce the final award in any court of competent jurisdiction in Fulton County. The party seeking enforcement shall be entitled to an award of all costs, fees and expenses, including reasonable outside attorneys' fees, incurred in enforcing the award, to be paid by the party against whom enforcement is ordered. The parties shall otherwise be responsible for payment of all of their own costs, fees and expenses, including reasonable outside attorneys' fees, of arbitrating any Dispute. In the event of conflicting arbitration provisions between this Agreement and other documents between the parties hereto, the provisions of this paragraph will control. To the extent that there is any disagreement about the arbitrability of a Dispute, the determination of arbitrability shall be made in accordance with the Federal Arbitration Act.

(2)    Other Matters:  Any Dispute or portion thereof, or any claim for a particular form of relief (not otherwise precluded by any other provision of this Agreement), that may not be arbitrated pursuant to applicable state or federal law may be heard only in a court of competent jurisdiction in Fulton County applying Georgia law without regard to its choice of laws principles.

**AGREED AND ACCEPTED:**
**TPS PRODUCTION SERVICES, LLC**                    **Derek Dixon LLC**

By: _Angi Bones_                                    By: _[signature]_
Its: ___President of Production___                   Its: ___Derek Dixon  LLC___
Date: ___2/22/2024___                                Date: ___2/22/2024___

I have read the terms of the foregoing Addendum and fully understand its terms and agree as an express inducement to the parties entering into the agreement to render all services, grant all rights necessary, and observe all requirements of Lender under this Addendum.  If I fail to do so, Producer shall have the same rights against me personally as if I had entered into this Addendum directly with Producer.

_[signature]_
___Derek Dixon___
Date: ___2/22/2024___

# Exhibit "F"

Control Number : 21061485

# STATE OF GEORGIA

## Secretary of State

**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

### CERTIFICATE OF ORGANIZATION

I, **Brad Raffensperger**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**DEREK DIXON, LLC**
a **Domestic Limited Liability Company**

has been duly organized under the laws of the State of Georgia on **03/08/2021** by the filing of articles of organization in the Office of the Secretary of State and by the paying of fees as provided by Title 14 of the Official Code of Georgia Annotated.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **03/10/2021**.



*Brad Raffensperger*

Brad Raffensperger
Secretary of State

## ARTICLES OF ORGANIZATION

*Electronically Filed*
Secretary of State
Filing Date: 3/8/2021 4:35:53 PM

| BUSINESS INFORMATION | |
|---|---|
| CONTROL NUMBER | 21061485 |
| BUSINESS NAME | DEREK DIXON, LLC |
| BUSINESS TYPE | Domestic Limited Liability Company |
| EFFECTIVE DATE | 03/08/2021 |

| PRINCIPAL OFFICE ADDRESS | |
|---|---|
| ADDRESS | 195 14Th Street Ne Unit 1503, Atlanta, GA, 30309, USA |

| REGISTERED AGENT | | |
|---|---|---|
| NAME | ADDRESS | COUNTY |
| CORPORATE SERVICE CENTER, INC. | 11175 Cicero Drive, Suite 100, Alpharetta, GA, 30022, USA | Fulton |

| ORGANIZER(S) | | |
|---|---|---|
| NAME | TITLE | ADDRESS |
| Derek Dixon | ORGANIZER | 195 14Th Street Ne Unit 1503, Atlanta, GA, 30309, USA |

| OPTIONAL PROVISIONS |
|---|
| N/A |

| AUTHORIZER INFORMATION | |
|---|---|
| AUTHORIZER SIGNATURE | Derek Dixon |
| AUTHORIZER TITLE | Organizer |



## DEREK DIXON, LLC

### *ATTENTION!*
### *STEP BY STEP INSTRUCTIONS BELOW*

✓ <u>**SS-4 (Employer Identification Number Application):**</u> Please verify the pre-printed information is correct. If necessary, please change appropriate information.  To avoid any delays please make sure we have the following information below.

☐ **Line 6** requires the **County** and **State** where the principal business is located**.**

☐ **Line 7a** requires the **name** of an Officer/Manager.

☐ **Line 7b** requires the **social security number** of the Officer/Manager from line 7a.

- Please note that the information in **7a** and **7b** must match your Social Security card.

☐ **Line 8b** requires the **number** of **LLC** members.

☐ **Printed Name** and **Signature** at the bottom of the form, name must match line 7a.

Once completed, please return the form to Inc Authority, LLC. We will apply for the number on your behalf and you will be e-mailed the tax ID number via PDF within two to three days. No hard copies will be mailed.

## Please return the completed form to <u>one</u> of the following options below.

- **E-mail: [incdocs@incauthority.com](mailto:incdocs@incauthority.com)**
- **OR Fax: (775) 501-8772**

Form **SS-4**
(Rev. January 2010)

Department of the Treasury
Internal Revenue Service

## Application for Employer Identification Number

(For use by employers, corporations, partnerships, trusts, estates, churches, government agencies, Indian tribal entities, certain individuals, and others.)

► See separate instructions for each line.    ► Keep a copy for your records.

OMB No. 1545-0003

EIN

**Type or print clearly.**

| 1 | Legal name of entity (or individual) for whom the EIN is being requested |
|---|---|
| | DEREK DIXON, LLC |

| 2 | Trade name of business (if different from name on line 1) | 3 | Executor, administrator, trustee, "care of" name |
|---|---|---|---|

| 4a | Mailing address (room, apt., suite no. and street, or P.O. box) | 5a | Street address (if different) (Do not enter a P.O. box.) |
|---|---|---|---|
| | 195 14th Street Ne Unit 1503 | | |

| 4b | City, state, and ZIP code (if foreign, see instructions) | 5b | City, state, and ZIP code (if foreign, see instructions) |
|---|---|---|---|
| | Atlanta, GA 30309 | | |

| 6 | County and state where principal business is located |
|---|---|

| 7a | Name of responsible party | 7b | SSN, ITIN, or EIN |
|---|---|---|---|
| | | | Social Security Number: |

| 8a | Is this application for a limited liability company (LLC) (or a foreign equivalent)? ☒ Yes ☐ No | 8b | If 8a is "Yes," enter the number of LLC members _____ ► |
|---|---|---|---|

| 8c | If 8a is "Yes," was the LLC organized in the United States? | ☒ Yes ☐ No |
|---|---|---|

**9a** Type of entity (check only one box). **Caution.** If 8a is "Yes," see the instructions for the correct box to check.

☐ Sole proprietor (SSN) _____    ☐ Estate (SSN of decedent)
☐ Partnership    ☐ Plan administrator (TIN)
☐ Corporation (enter form number to be filed) ► ____    ☐ Trust (TIN of grantor)
☐ Personal service corporation    ☐ National Guard    ☐ State/local government
☐ Church or church-controlled organization    ☐ Farmers' cooperative    ☐ Federal government/military
☐ Other nonprofit organization (specify) ► ____    ☐ REMIC    ☐ Indian tribal governments/enterprises
☒ Other (specify) ► **Limited Liability Company**    Group Exemption Number (GEN) if any ►

| 9b | If a corporation, name the state or foreign country (if applicable) where incorporated | State **Georgia** | Foreign country **N/A** |
|---|---|---|---|

**10** Reason for applying (check only one box)

☒ Started new business (specify type) ► ____
  **General Business**
☐ Hired employees (Check the box and see line 13.)
☐ Compliance with IRS withholding regulations
☐ Other (specify) ►

☐ Banking purpose (specify purpose) ► ____
☐ Changed type of organization (specify new type) ► ____
☐ Purchased going business
☐ Created a trust (specify type) ► ____
☐ Created a pension plan (specify type) ► ____

| 11 | Date business started or acquired (month, day, year). See instructions. **March 8th, 2021** | 12 | Closing month of accounting year **December** |
|---|---|---|---|

**13** Highest number of employees expected in the next 12 months (enter -0- if none).

If no employees expected, skip line 14.

| Agricultural | Household | Other |
|---|---|---|
| 0 | 0 | 0 |

**14** If you expect your employment tax liability to be $1,000 or less in a full calendar year **and** want to file Form 944 annually instead of Forms 941 quarterly, check here. (Your employment tax liability generally will be $1,000 or less if you expect to pay $4,000 or less in total wages.) If you do not check this box, you must file Form 941 for every quarter. ☐

**15** First date wages or annuities were paid (month, day, year). **Note.** If applicant is a withholding agent, enter date income will first be paid to nonresident alien (month, day, year) ____

**16** Check **one** box that best describes the principal activity of your business.

☐ Construction    ☐ Rental & leasing    ☐ Transportation & warehousing    ☐ Health care & social assistance    ☐ Wholesale-agent/broker
☐ Real estate    ☐ Manufacturing    ☐ Finance & insurance    ☐ Accommodation & food service    ☐ Wholesale-other    ☐ Retail
    ☒ Other (specify) **General Business**

**17** Indicate principal line of merchandise sold, specific construction work done, products produced, or services provided.

**General Activity**

**18** Has the applicant entity shown on line 1 ever applied for and received an EIN? ☐ Yes ☒ No

If "Yes," write previous EIN here ►

| **Third Party Designee** | Complete this section **only** if you want to authorize the named individual to receive the entity's EIN and answer questions about the completion of this form. | |
|---|---|---|
| | Designee's name    Inc Authority, LLC | Designee's telephone number (include area code)  866-545-1867 |
| | Address and ZIP code    P.O. Box 41270, Reno, NV 89504 | Designee's fax number (include area code)  775-501-8772 |

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

Name and title (type or print clearly) ►                                              , **Member**

Applicant's telephone number (include area code)
**(678) 595-4399**

Signature ►                                              Date ►  **3/10/2021**

Applicant's fax number (include area code)

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 16055N    Form **SS-4** (Rev. 1-2010)

DocuSign Envelope ID: 905620CD-842A-4966-91D-B3448655B113

| | |
|---|---|
| Department of Treasury | |
| Internal Revenue Service | |
| Cincinnati OH 45999-0038 | |

**IRS**

| | |
|---|---|
| **Notice** | CP261 |
| **Notice date** | September 8, 2022 |
| **Employer ID number** | 86-2538386 |
| **To contact us** | Phone 1-800-829-0115 |
| **Page 1 of 3** | |

025814.482181.195122.11260 1 AT 0.406 530

DEREK DIXON LLC
DEREK DIXON SOLE MBR
195 14 TH ST NE AP T 1503
ATLANTA GA 30309

025814

We've accepted your S corporation election

# You will be treated as an S corporation starting January 1, 2022

We've accepted your S corporation election. As a result, your tax year will end in December, and you will be treated as an S corporation starting January 1, 2022.

**What you need to do**

You don't need to take any action.

Review this notice to understand some of the obligations and responsibilities as an S corporation.

465359154 LF          00 2 000000

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles. I am over the age of eighteen years and not a party to the within entitled action. My business address is 515 South Flower Street, Forty Second Floor Los Angeles, CA 90071.

On October 1, 2025, I served the foregoing document(s) DECLARATION OF ROBYNE N. GORDON on the interested parties in this action as follows:

JONATHAN J. DELSHAD
LAW OFFICES OF JONATHAN J. DELSHAD, PC
1663 Sawtelle Blvd., Suite 220
Los Angeles, CA 90025
jdelshad@delshadlegal.com

(X)    **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Los Angeles, California, in a sealed envelope with postage fully prepaid.

(X)    **BY E-MAIL OR ELECTRONIC TRANSMISSION**: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

(X)    **FEDERAL**: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 1, 2025, at Los Angeles, California.


*/s/ Annika Garcia*
Annika Garcia

TUCKER ELLIS LLP