Jonathan J. Delshad [SBN 246176]
LAW OFFICES OF JONATHAN J. DELSHAD
1663 Sawtelle Blvd., Ste 220
Los Angeles, CA 90025
Telephone: (424) 255-8376
Facsimile: (424)256-7899
E-mail: jdelshad@delshadlegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK DIXON, an individual<br><br>   Plaintiff,<br><br>   vs.<br><br>TYLER PERRY, an individual; TPS PRODUCTION SERVICES, LLC, a Limited Liability Company; AND ACTION LLC, a Limited Liability Company and DOES 1-50, Inclusive,<br><br>   Defendants. | Case No. 2:25-cv-09112<br><br>**DECLARATION OF LEAD TRIAL COUNSEL** |

I, Jonathan J. Delshad, Esq., declare as follows:

1. I am an attorney duly licensed to practice before all courts of the State of California and am the Lead Trial Counsel of record for Plaintiff Derek Dixon in the above-captioned matter.

2. I hereby confirm that I have registered as a CM/ECF user with the United States District Court for the Central District of California and that my registered email address for electronic filing and service is: jdelshad@delshadlegal.com
.

3. I further declare that I have read and am familiar with the Court's Standing Order for Civil Cases and the Local Rules of the United States District Court for the Central District of California.

4. I make this declaration in compliance with the Court's directive that lead trial counsel acknowledge registration with CM/ECF and review of the Court's Standing Order and Local Rules.

- 1 -

DECLARATION OF LEAD TRIAL COUNSEL

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.

3  Executed this 9th day of October, 2025, at Los Angeles, California.

          LAW OFFICES OF JONATHAN J. DELSHAD

          By: _____
               JONATHAN J. DELSHAD
               Attorneys for Plaintiff

## PROOF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1663 Sawtelle Blvd. Suite 220, Los Angeles CA 90025, On 10/9/25 I served the within document(s):

**DECLARATION OF LEAD TRIAL COUNSEL**

by e-mail based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic addresses included in the service list addressed as set forth below in addition to serving a paper copy with a courier for personal service to:

Attorneys for Defendants TYLER PERRY; TPS PRODUCTION SERVICES, LLC; AND ACTION, LLC;

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (pro hac vice forthcoming)
alexspiro@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
Tel: 212.849.7000
Fax: 212.849.7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Mari F. Henderson (Bar No. 307693)
marihenderson@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: 213.443.3000
Fax: 213.443.3100

TUCKER ELLIS LLP
Matthew A. Boyd (pro hac vice forthcoming)
matthew.boyd@tuckerellis.com
Ndubisi A. Ezeolu (Bar No. 256834)
ndubisi.ezeolu@tuckerellis.com
515 South Flower Street, Forty-Second Floor
Los Angeles, CA 90071
Tel: 213.430.3400
Fax: 213.430.3409

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on 10/9/25, at Los Angeles, California.

NAME: WENDY CARMONA

SIGNATURE