TUCKER ELLIS LLP
Matthew A. Boyd (admitted pro hac vice)
matthew.boyd@tuckerellis.com
Ndubisi A. Ezeolu (Bar No. 256834)
ndubisi.ezeolu@tuckerellis.com
515 South Flower Street, Forty-Second Floor
Los Angeles, CA 90071
Tel: 213.430.3400
Fax: 213.430.3409

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (pro hac vice forthcoming)
alexspiro@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: 212 849 7000
Fax: 212 849 7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Mari F. Henderson (Bar No. 307693)
marihenderson@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel: 213 443 3000
Fax: 213 443 3100

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DEREK DIXON, an individual<br><br>Plaintiff,<br><br>v.<br><br>TYLER PERRY, an individual; TPS PRODUCTION SERVICES, LLC, a Limited Liability Company; AND ACTION, LLC, a Limited Liability Company; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. 2:25-cv-09112<br><br>**DECLARATION OF LEAD TRIAL COUNSEL**<br><br>Judge: Honorable John F. Walter |

-1-

DECLARATION OF LEAD TRIAL COUNSEL

## DECLARATION OF MATTHEW A. BOYD

I, Matthew A. Boyd, declare:

1. I am an attorney at law licensed to practice in the State of Georgia and admitted *pro hac vice* in the above-captioned action. I am a partner at Tucker Ellis, LLP, counsel of record for Defendants Tyler Perry, TPS Production Services, LLC, and And Action, LLC (collectively, "Defendants"). I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, could and would testify as set forth below.

2. I serve as lead trial counsel to Defendants in this matter. I am filing this Declaration in compliance with Paragraph 3(a) of the Standing Order of the Honorable John F. Walter, entered in the above-captioned matter on October 8, 2025 (Dkt. No. 21).

3. I have registered as an ECF User and have consented to service and receipt of filed documents by electronic means. My email address of record is matthew.boyd@tuckerellis.com.

4. I have read the Court's Standing Order and the Local Civil Rules for the United States District Court for the Central District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 17, 2025, at Atlanta, Georgia.

**TUCKER ELLIS, LLP**

By: */s/ Matthew A. Boyd*
Matthew A. Boyd
*Attorneys for Defendants*

DECLARATION OF LEAD TRIAL COUNSEL