TUCKER ELLIS LLP
Matthew A. Boyd (admitted pro hac vice)
matthew.boyd@tuckerellis.com
Ndubisi A. Ezeolu (Bar No. 256834)
ndubisi.ezeolu@tuckerellis.com
515 South Flower Street, Forty-Second Floor
Los Angeles, CA 90071
Tel: 213.430.3400
Fax: 213.430.3409

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (pro hac vice forthcoming)
alexspiro@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: 212 849 7000
Fax: 212 849 7100

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Mari F. Henderson (Bar No. 307693)
marihenderson@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel: 213 443 3000
Fax: 213 443 3100

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DEREK DIXON, an individual<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TYLER PERRY, an individual; TPS PRODUCTION SERVICES, LLC, a Limited Liability Company; AND ACTION, LLC, a Limited Liability Company; and DOES 1 through 50, inclusive<br><br>　　　　Defendants. | Case No. 2:25-cv-09112-JFW-SK<br><br>**DECLARATION OF MATTHEW A. BOYD IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS**<br><br>Date: November 17, 2025<br>Time: 1:30 p.m.<br><br>Judge: Honorable John F. Walter<br><br>Complaint filed: June 13, 2025<br>Trial date: Not set |

# DECLARATION OF MATTHEW A. BOYD

I, Matthew A. Boyd, certify and declare as follows:

1. I am duly licensed to practice law in the State of Georgia and have been admitted *pro hac vice* in the above-captioned action. I am a partner with the law firm Tucker Ellis, LLP, attorneys of record for Defendants Tyler Perry, TPS Production Services, LLC, and And Action LLC (collectively, "Defendants"). I make this declaration in support of Defendants' (a) concurrently-filed Motion to Dismiss for pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(3), 28 U.S.C. §§ 1406(a), 1404(a), and the doctrine of *forum non conveniens*, or alternatively, to transfer this action to the U.S. District Court for the Northern District of Georgia, and (b) Defendants' concurrently-filed Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (collectively, "Motions to Dismiss"). I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I would and could testify competently under oath thereto.

2. Prior to filing the Motions to Dismiss, on October 16 and October 20, 2025, I, along with my co-counsel Alex Bergjans, met and conferred with Jonathan J. Delshad, Esq., lead counsel for Plaintiff Derek Dixon, to discuss the substance of the Motions to Dismiss. I was not located in the Central District of California, and therefore the conferences took place via videoconference (Zoom)

3. During the conferences on October 16 and October 20, 2025, Defendants' counsel identified all grounds for the Motions to Dismiss and summarized Defendants' arguments in support. Counsel for the Parties were unable to resolve the issues raised in the Motions to Dismiss.

4. The Parties' Joint Statement regarding their October 16 and 20, 2025 conferences provides a detailed summary of those conferences. *See* ECF No. 26.

//
//
//
//

2
DECLARATION OF MATTHEW A. BOYD

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Atlanta, Georgia on October 21, 2025.

/s/ Matthew A. Boyd

Matthew A. Boyd