QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (pro hac vice forthcoming)
alexspiro@quinnemanuel.com
Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Mari F. Henderson (Bar No. 307693)
marihenderson@quinnemanuel.com
Alex Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel: 213 443 3000
Fax: 213 443 3100

TUCKER ELLIS LLP
Matthew A. Boyd (pro hac vice forthcoming)
matthew.boyd@tuckerellis.com
Ndubisi A. Ezeolu (Bar No. 256834)
ndubisi.ezeolu@tuckerellis.com
515 South Flower Street, Forty-Second Floor
Los Angeles, CA 90071
Tel: 213.430.3400
Fax: 213.430.3409

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DEREK DIXON, an individual<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TYLER PERRY, an individual; TPS PRODUCTION SERVICES, LLC, a Limited Liability Company; AND ACTION, LLC, a Limited Liability Company; and DOES 1 through 50, inclusive<br><br>　　　　　Defendants. | Case No. 2:25-cv-09112-JFW-SK<br><br>**DECLARATION OF ROBYNE N. GORDON**<br><br>Complaint filed: June 13, 2025 |

I, Robyne N. Gordon, certify and declare as follows:

1. I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I would and could competently testify under oath thereto.

2. I work for TPS at Fort Mac, LLC as the Senior Director Legal Operations. In that capacity, I am familiar with the organization and operations of Tyler Perry Studios and the various entities comprising the Tyler Perry Studios operation, including TPS Production Services, LLC ("TProd") and And Action LLC ("And Action").

3. I serve as a custodian of records for the legal department that services the Tyler Perry Studios operation and its various entities, including TProd and And Action. In this declaration, I refer to and/or attach certain business records for both TProd and And Action. All attached records were (1) made at or near the time of the event recorded, (2) by, or from information transmitted by a person with knowledge, (3) kept in the course of a regularly conducted business activity, and (4) is the regular practice of the associated business to make such a record.

4. Tyler Perry Studios is the largest production studio in Georgia with over 200 employees (in Georgia), not including workers engaged on a temporary and/or contractual basis. The campus of Tyler Perry Studios is located on a 350-acre-plus property in Atlanta, Georgia that once served as the former Fort McPherson army base.

5. TPS Production Services, LLC is a media production company. It is a Georgia LLC headquartered in the State of Georgia. It is a wholly owned subsidiary of TPS Production Holding, LLC, which is a Delaware LLC headquartered in Georgia.

6. TPS Production Holding, LLC is a wholly owned subsidiary of TPS Holdings Group, LLC, which is a Delaware LLC headquartered in Georgia. TPS Holdings Group, LLC has two owners/members: (1) Tyler Perry (an individual); and (2) Perry Well Holding Company, which is a Georgia corporation that maintains its principal place of business in the State of Georgia.

7. And Action LLC was also a production company and a Georgia LLC. And Action LLC dissolved in 2023 and presently has no active business operations. Prior to dissolution, And Action engaged in the same type of business as TPS Production Services, LLC for television shows. It was wholly owned by JoyGa Holdings, LLC; that entity was owned by Mr. Perry and Perry Well Holding Company – the same ultimate ownership

structure as described for TPS Production Services, LLC above.

8. TProd does not engage in business in the State of California; it has no offices in California; it does not own property or maintain bank accounts in California; and it is not registered to do business in California, and for that reason does not have a registered agent in California.

9. And Action was never registered to do business in California, and it does not have a registered agent in that State. It did not have offices, own property, maintain bank accounts, or do business in California while active.

10. The business records from TProd and/or And Action confirm that Derek Dixon worked as an actor for And Action, then TProd, at various times between 2019 and 2024. He was engaged to work on three different TV productions (*Ruthless*, *The Oval*, and the pilot episode for a potential television series called *Losing It*).

11. Dixon performed in five seasons of *The Oval* between 2020 and 2023 (Seasons 2 through 6); he was originally scheduled to appear in Season 7 but refused to appear for filming.

12. Dixon was also engaged as an actor on one production for the film *Finding Joy* (f/k/a *Joy Ridge*).

13. All of the foregoing productions were filmed principally, or exclusively, on the campus of Tyler Perry Studios in Atlanta, Georgia. The companies' business records show that Dixon did not perform work for And Action/TProd in any state other than Georgia. A true and correct copy of the "call sheets" showing the location at which Dixon performed as an actor is attached hereto as Exhibit A.

14. Each time And Action or TProd engaged Dixon to perform as an actor in a television series or film, he executed an Agreement that governed the terms of his engagement for a particular production (normally referred to as a Performer Agreement or "PA"). Dixon's PA for the series *Ruthless* is attached as Exhibit B (redacted in part); Dixon's PA for the series *The Oval* is attached as Exhibit C (redacted in part); Dixon's PA for the pilot episode of *Losing It* is attached hereto as Exhibit D (redacted in part); and

Dixon's PA for the film *Finding Joy* (f/k/a *Joy Ridge*) is attached hereto as Exhibit E (redacted in part).

15. Because actors are hired and compensated on an individual contract basis, they often provide services through what is called a "loan-out company," a separate entity the actor forms and for which he or she is often the sole shareholder or member. As such, a production company engages and contracts with the loan out company rather than the actor directly.

16. When he lived in Georgia, Dixon formed a loan out company called Derek Dixon, LLC (a Georgia LLC) through which And Action and/or TProd contracted for his services. As an example, Dixon's PA for the film *Finding Joy* (f/k/a *Joy Ridge*) (Exhibit E) shows that TProd contracted with Derek Dixon, LLC (Dixon's loan-out company). Dixon provided TProd/And Action with various documents relating to his loan out company, true and correct copies of which are attached hereto as Exhibit F.

17. In many cases, actors are represented by an Agent, who assists and represents the actor in negotiating contracts, among other things. As shown by the companies' business records, for the majority of the time Dixon performed work for TPS, he was represented by an agent (Ralph (Trey) Stephens).

I hereby declare that the foregoing is true and correct to the best of my personal knowledge and belief subject to penalty of perjury pursuant to 28 U.S.C. § 1746.

Date: September 29, 2025

_____
ROBYNE N. GORDON