# Exhibit "A"

TYLER PERRY STUDIOS

**GENERAL CREW CALL**

**11:00 AM**

Day 3 of 10

*MANDATORY TESTING PRIOR TO CREW CALL in the White Tents in the Historic District*

| LOCATION |
| --- |
| TYLER PERRY STUDIOS FORT MCPHERSON 315 DESHLER ST. SW ATLANTA GA 30315 |

| DIRECTOR REHEARSAL | 11:00A |
| SHOOTING CALL | 12:00P |
| FIRST SHOT | 4:00P |
| LUNCH | 5:00P |

| WEATHER |
| --- |
| **MOSTLY SUNNY** |
| **40% CHANCE OF STORMS** |

Executive Producer/ Writer/ Director: Tyler Perry

NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL
BREAKFAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN RDB ** NO CAMERAS ON SET



**THE OVAL**

**GENERAL CREW CALL**

**1:00 PM**

Saturday, August 8, 2020
Day 5 of 10

MOSTLY SUNNY
20% CHANCE OF RAIN

GENERAL CREW CALL

**10:00 AM**

MOSTLY SUNNY
40% CHANCE OF STORMS









STUDIOS, LLC
Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

Executive Producer/ Writer/ Director: Tyler Perry
President of TPS Production/ Executive Producer: Michelle Sneed
Senior VP of TPS Production/ Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
TPS Production Executive/Line Producer: Tsedy Gebeyehu

Associate Producer: Jennifer Carriere
Unit Production Manager: Jim Tripp
Production Supervisor:Melissa Young
Field Producer:  Armani Ortiz

# TYLER PERRY'S
# THE OVAL
## GENERAL CREW CALL

## 10:00 AM

*MANDATORY TESTING PRIOR*
*TO CREW CALL*
*PLEASE CHECK THE ATTACHED SCHEDULE*
*FOR YOUR TESTING TIME.*

Tuesday, March 16, 2021

**Day 2 of 9**

| LOCATION: | |
|---|---|
| TYLER PERRY STUDIOS | |
| DIRECTOR REHEARSAL: | 10:30A |
| SHOOTING CALL: | 11:00A |
| BASE CAMP LUNCH: | 3:00P |
| ONSET CREW LUNCH: | 4:00P |
| SHOOTING CREW MUST EAT LUNCH FROM STAGE  12 | |

| WEATHER: | | | |
|---|---|---|---|
| MOSTLY CLOUDY | | | |
| 80% CHANCE OF STORMS | | | |
| High | 60° | Low | 58° |
| Sunrise | 7:48A | Winds | E 10 mph |
| Sunset | 7:46P | | |

NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL
BREAKFAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET

| BASECAMP | BKFST/LNCH/DINNER | SYMPTOM CHECK-IN | TESTING LOCATION | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | WELLSTAR MEDICAL CENTER SOUTH | Adam Hodges |
| 315 DESHLER ST. SW ATL GA 30310 | STAGE 12 | PARADE GROUNDS | CREW PARKING DECK | 1170 CLEVELAND AVE, EAST POINT, GA | 678-595-8241 |
| 2ND FLOOR DREAM BLDG | | | | 404-466-1170 | |

AND ACTION LLC
Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

### THE OVAL

**GENERAL CREW CALL**

## 10:00 AM

Executive Producer/ Writer/ Director: Tyler Perry
President of TPS Production/ Executive Producer: Michelle Sneed
Senior VP of TPS Production/ Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
TPS Production Executive/Line Producer: Tsedy Gebeyehu
Associate Producer: Jennifer Carriere
Unit Production Manager: Jim Tripp
Production Supervisor:Melissa Young
Field Producer:  Armani Ortiz

**Tyler Perry's**

Wednesday, March 17, 2021
**Day 3 of 9**

| LOCATION: | |
|---|---|

| DIRECTOR REHEARSAL: | 10:30A |
|---|---|
| SHOOTING CALL: | 11:00A |
| BASE CAMP LUNCH: | 3:00P |
| ONSET CREW LUNCH: | 4:00P |
| SHOOTING CREW MUST EAT LUNCH FROM STAGE 12 | |

**WEATHER:**

**MOSTLY CLOUDY**
**70% CHANCE OF STORMS**

| High | 64° | Low | 63° |
|---|---|---|---|
| Sunrise | 7:45A | Winds | E 5 mph |
| Sunset | 7:47P | | |

**NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL**
**BREAKFAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BKFST/LNCH/DINNER | SYMPTOM CHECK-IN | TESTING LOCATION | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | WELLSTAR MEDICAL CENTER SOUTH | Adam Hodges |
| 315 DESHLER ST. SW ATL GA 30310 | STAGE 12 | PARADE GROUNDS | CREW PARKING DECK | 1170 CLEVELAND AVE, EAST POINT, GA | 678-595-8241 |
| 2ND FLOOR DREAM BLDG | | | | 404-466-1170 | |

TYLER PERRY'S

# THE OVAL

**GENERAL CREW CALL**

## 10:00 AM

2nd Company
Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

Executive Producer/ Writer/ Director: Tyler Perry
President of TPS Production/ Executive Producer: Michelle Sneed
Senior VP of TPS Production/ Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
TPS Production Executive/Line Producer: Tsedy Gebeyehu

Associate Producer: Jennifer Carriere
Unit Production Manager: Jim Tripp
Production Supervisor:Melissa Young
Field Producer:  Armani Ortiz

| Thursday, March 13, 2025 | |
| --- | --- |
| **Day 4 of 9** | |
| **LOCATION:** | |
| TYLER PERRY STUDIOS | |
| DIRECTOR REHEARSAL: | 10:30A |
| SHOOTING CALL: | 11:00A |
| BASE CAMP LUNCH: | 3:00P |
| ONSET CREW LUNCH: | 4:00P |
| SHOOTING CREW MUST EAT LUNCH FROM STAGE  12 | |
| **WEATHER:** | |
| **MOSTLY CLOUDY** | |
| **80% CHANCE OF STORMS** | |

| | | | |
| --- | --- | --- | --- |
| High | 70° | Low | 49° |
| Sunrise | 7:44A | Winds | SW 5 mph |
| Sunset | 7:48P | | |

**NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL**
**BREAKFAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BKFST/LNCH/DINNER | SYMPTOM CHECK-IN | TESTING LOCATION | NEAREST HOSPITAL | SET MEDIC |
| --- | --- | --- | --- | --- | --- |
| **TYLER PERRY STUDIOS** | **TYLER PERRY STUDIOS** | **TYLER PERRY STUDIOS** | **TYLER PERRY STUDIOS** | **WELLSTAR MEDICAL CENTER SOUTH** | Adam Hodges |
| 315 DESHLER ST. SW ATL GA 30310 | STAGE 12 | PARADE GROUNDS | CREW PARKING DECK | 1170 CLEVELAND AVE, EAST POINT, GA | 678-595-8241 |
| **2ND FLOOR DREAM BLDG** | | | | 404-466-1170 | |



Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

GENERAL CREW CALL

Executive Producer/ Writer/ Director: Tyler Perry
President of TPS Production/ Executive Producer: Michelle Sneed
Senior VP of TPS Production/ Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
TPS Production Executive/Line Producer: Tsedy Gebeyehu
Associate Producer: Jennifer Carriere
Unit Production Manager: Jim Tripp
Production Supervisor: Melissa Young
Field Producer: Armani Ortiz

**10:00 AM**

| | Friday, March 18, 2011 |
|---|---|
| | Day 5 of 9 |
| | LOCATION: |
| | TYLER PERRY STUDIOS |
| DIRECTOR REHEARSAL: | 10:30A |
| SHOOTING CALL: | 11:00A |
| BASE CAMP LUNCH: | 3:00P |
| ONSET CREW LUNCH: | 4:00P |
| SHOOTING CREW MUST EAT LUNCH FROM STAGE 12 |
| | WEATHER: |
| MOSTLY CLOUDY | |
| 80% CHANCE OF STORMS | |

| High | 70° | Low | 49° |
|---|---|---|---|
| Sunrise | 7:44A | Winds | SW 5 mph |
| Sunset | 7:48P | | |

**NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL**
**BREAKFAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BKFST/LNCH/DINNER | SYMPTOM CHECK-IN | TESTING LOCATION | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | WELLSTAR MEDICAL CENTER SOUTH | Adam Hodges |
| 315 DESHLER ST. SW ATL GA 30310 | STAGE 12 | PARADE GROUNDS | CREW PARKING DECK | 1170 CLEVELAND AVE, EAST POINT, GA | 678-595-8241 |
| 2ND FLOOR DREAM BLDG | | | | 404-466-1170 | |

TYLER PERRY STUDIOS
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

# THE OVAL

**GENERAL CREW CALL**

## 10:00 AM

Saturday, March 20 2021
**Day 6 of 9**

Executive Producer/ Writer/ Director: Tyler Perry
President of TPS Production/ Executive Producer: Michelle Sneed
Senior VP of TPS Production/ Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
TPS Production Executive/Line Producer: Tsedy Gebeyehu
Associate Producer: Jennifer Carriere
Unit Production Manager: Jim Tripp
Production Supervisor:Melissa Young
Field Producer: Armani Ortiz

| LOCATION: | |
|---|---|
| TYLER PERRY STUDIOS | |
| DIRECTOR REHEARSAL: | 10:30A |
| SHOOTING CALL: | 11:00A |
| BASE CAMP LUNCH: | 3:00P |
| ONSET CREW LUNCH: | 4:00P |
| SHOOTING CREW MUST EAT LUNCH FROM STAGE 12 | |

| WEATHER: | | | |
|---|---|---|---|
| MOSTLY CLOUDY | | | |
| High | 56° | Low | 44° |
| Sunrise | 7:42A | Winds | E 10 mph |
| Sunset | 7:49P | | |

NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL
BREAKFAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET

| BASECAMP | BKFST/LNCH/DINNER | SYMPTOM CHECK-IN | TESTING LOCATION | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | WELLSTAR MEDICAL CENTER SOUTH | Adam Hodges |
| 315 DESHLER ST. SW AT, GA 30310 | STAGE 12 | PARADE GROUNDS | CREW PARKING DECK | 1170 CLEVELAND AVE, EAST POINT, GA | 678-595-8241 |
| 2ND FLOOR DREAM BLDG | | | | 404-466-1170 | |



315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

**THE OVAL**

**GENERAL CREW CALL**

Executive Producer/ Writer/ Director: Tyler Perry
President of TPS Production/ Executive Producer: Michelle Sneed
Senior VP of TPS Production/ Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
TPS Production Executive/Line Producer: Tsedy Gebeyehu
Associate Producer: Jennifer Carriere
Unit Production Manager: Jim Tripp
Production Supervisor:Melissa Young
Field Producer: Armani Ortiz

**10:00 AM**

Monday, March 22, 2021
Day 7 of 9

| LOCATION: | |
|---|---|
| TYLER PERRY STUDIOS | |
| DIRECTOR REHEARSAL: | 10:30A |
| SHOOTING CALL: | 11:00A |
| BASE CAMP LUNCH: | 3:00P |
| ONSET CREW LUNCH: | 4:00P |
| SHOOTING CREW MUST EAT LUNCH FROM STAGE 12 | |

| WEATHER: | | | |
|---|---|---|---|
| SUNNY | | | |
| High | 68° | Low | 55° |
| Sunrise | 7:38A | Winds | E 10 mph |
| Sunset | 7:51P | | |

**MANDATORY TESTING**
*PLEASE CHECK THE TESTING SCHEDULE FOR YOUR TESTING TIME.*

NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL
BREAKFAST WILL BE AVAILABLE BEFORE CALL – ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET

| BASECAMP | BKFST/LNCH/DINNER | SYMPTOM CHECK-IN | TESTING LOCATION | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS 315 DESHLER ST. SW ATL GA 30310 2ND FLOOR DREAM BLDG | TYLER PERRY STUDIOS STAGE 12 | TYLER PERRY STUDIOS PARADE GROUNDS | TYLER PERRY STUDIOS CREW PARKING DECK | WELLSTAR MEDICAL CENTER SOUTH 1170 CLEVELAND AVE, EAST POINT, GA 404-466-1170 | Adam Hodges 678-595-8241 |

TYLER PERRY'S



GENERAL CREW CALL

**10:00 AM**

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

Executive Producer/ Writer/ Director: Tyler Perry

President of TPS Production/ Executive Producer: Michelle Sneed
Senior VP of TPS Production/ Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
TPS Production Executive/Line Producer: Tsedy Gebeyehu

Associate Producer: Jennifer Carriere
Unit Production Manager: Jim Tripp
Production Supervisor:Melissa Young
Field Producer:  Armani Ortiz

| Friday, March 8, 2024 | | | |
|---|---|---|---|
| **Day 8 of 9** | | | |
| **LOCATION:** | | | |
| . | | | |
| TYLER PERRY STUDIOS | | | |
| DIRECTOR REHEARSAL: | | 10:30A | |
| SHOOTING CALL: | | 11:00A | |
| BASE CAMP LUNCH: | | 3:00P | |
| ONSET CREW LUNCH: | | 4:00P | |
| **SHOOTING CREW MUST EAT LUNCH FROM STAGE  12** | | | |
| **WEATHER:** | | | |
| **30% Chance of Storms** | | | |
| High | 74° | Low | 63° |
| Sunrise | 7:36A | Winds | SE 10 mph |
| Sunset | 7:52P | | |

**NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL**
**BREAKFAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BKFST/LNCH/DINNER | SYMPTOM CHECK-IN | TESTING LOCATION | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| **TYLER PERRY STUDIOS** | **TYLER PERRY STUDIOS** | **TYLER PERRY STUDIOS** | **TYLER PERRY STUDIOS** | **WELLSTAR MEDICAL CENTER SOUTH** | Adam Hodges |
| 315 DESHLER ST. SW ATL, GA 30310 | STAGE 12 | PARADE GROUNDS | CREW PARKING DECK | 1170 CLEVELAND AVE, EAST POINT, GA | 678-595-8241 |
| **2ND FLOOR DREAM BLDG** | | | | 404-466-1170 | |

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

# TYLER PERRY'S
# THE OVAL

### GENERAL CREW CALL

## 10:00 AM

Executive Producer/ Writer/ Director: Tyler Perry

President of TPS Production/ Executive Producer: Michelle Sneed
Senior VP of TPS Production/ Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
TPS Production Executive/Line Producer: Tsedy Gebeyehu

Associate Producer: Jennifer Carriere
Unit Production Manager: Jim Tripp
Production Supervisor:Melissa Young
Field Producer:  Armani Ortiz

Wednesday, March 13th, 2024

### Day 9 of 9

| LOCATION: | |
|---|---|
| - | |
| | TYLER PERRY STUDIOS |

| | |
|---|---|
| DIRECTOR REHEARSAL: | 10:30A |
| SHOOTING CALL: | 11:00A |
| BASE CAMP LUNCH: | 3:00P |
| ONSET CREW LUNCH: | 4:00P |
| SHOOTING CREW MUST EAT LUNCH FROM STAGE 12 | |

| WEATHER: | | | |
|---|---|---|---|
| **30% Chance of Storms** | | | |
| High | 74° | Low | 63° |
| Sunrise | 7:36A | Winds | SE 10 mph |
| Sunset | 7:52P | | |

NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL
BREAKFAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET

| BASECAMP | BKFST/LNCH/DINNER | SYMPTOM CHECK-IN | TESTING LOCATION | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | WELLSTAR MEDICAL CENTER SOUTH | Adam Hodges |
| 315 DESHLER ST. SW ATL GA 30310 | STAGE 12 | PARADE GROUNDS | CREW PARKING DECK | 1170 CLEVELAND AVE, EAST POINT, GA | 678-595-8241 |
| 2ND FLOOR DREAM BLDG | | | | 404-466-1170 | |

DocuSign Envelope ID: 8EC5810E-B5B7-4B85-83F7-8A6D98F022A8

TYLER PERRY'S

# THE OVAL



**Monday, November 2, 2021**

**Day 1 of 10**

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

Executive Producer/ Writer/ Director: Tyler Perry

President of Original Programming: Angi Bones
Senior VP of TPS Production/ Exec Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
Associate Producer: Jennifer Carriere
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Executive: April Powell
Unit Production Manager: Alex Orr
Production Supervisor: Nina Hodge

## GENERAL CREW CALL

# 10:00 AM

| LOCATION: | |
|---|---|
| TYLER PERRY STUDIOS FORT MCPHERESON | |
| 315 DESHLER ST. SW ATLANTA GA 30310 | |

| DIRECTOR REHEARSAL: | 10:45A |
|---|---|
| SHOOTING CALL: | 11:00A |
| LUNCH: | 4:00P |

| WEATHER: | |
|---|---|
| **Sunny** | |

| High | 69° | Low | 47° |
|---|---|---|---|
| Sunrise | 7:47A | Winds | |
| Sunset | 6:45P | | |

**NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL**
**BREAKAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | EXTRAS PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | BREAKFAST: DREAM PARKING LOT | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | WELLSTAR MEDICAL CENTER SOUTH | Adam Hodges |
| 2ND FLOOR DREAM BLDG | LUNCH: STAGE 12 | DREAM BLDG PARKING DECK | 3RD FL. PARKING DECK | 1170 CLEVELAND AVE, EAST POINT, GA | 678-595-8241 |
| | FOLLOW SIGNS | | | 404-466-1170 | |

DocuSign Envelope ID: 8EC5810E-B5B7-4B85-83F7-8A6D98F022A8



THE OVAL

**GENERAL CREW CALL**

**10:00 AM**

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

Executive Producer/ Writer/ Director: Tyler Perry
President of Original Programming: Angi Bones
Senior VP of TPS Production/ Exec Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
Associate Producer: Jennifer Carriere
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Executive: April Powell
Unit Production Manager: Alex Orr
Production Supervisor: Nina Hodge

| Tuesday, November 2, 2021 | | |
|---|---|---|
| **Day 2 of 10** | | |
| **LOCATION:** | | |
| TYLER PERRY STUDIOS | | |
| ONE TYLER PERRY STUDIOS WAY | | |
| ATLANTA GA 30310 | | |
| DIRECTOR REHEARSAL: | | 10:45A |
| SHOOTING CALL: | | 11:00A |
| LUNCH: | | 4:00P |
| **WEATHER:** | | |
| **Sunny** | | |
| High | 65° | Low | 46° |
| Sunrise | 7:58A | Winds | NW 5-10 mph |
| Sunset | 6:44P | | |

**NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL**
**BREAKAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | EXTRAS PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS 2ND FLOOR DREAM BLDG | BREAKFAST: DREAM PARKING LOT LUNCH: STAGE 12 | TYLER PERRY STUDIOS DREAM BLDG PARKING DECK FOLLOW SIGNS | TYLER PERRY STUDIOS 3RD FL. PARKING DECK | WELLSTAR MEDICAL CENTER SOUTH 1170 CLEVELAND AVE, EAST POINT, GA 404-466-1170 | Adam Hodges 678-595-8241 |

TYLER PERRY'S

# THE OVAL

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

Executive Producer/ Writer/ Director: Tyler Perry

President of Original Programming: Angi Bones
Senior VP of TPS Production/ Exec Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
Associate Producer: Jennifer Carriere
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Executive: April Powell
Unit Production Manager: Alex Orr
Production Supervisor: Nina Hodge

**GENERAL CREW CALL**

## 10:00 AM

| | Wednesday, November 3, 2021 |
|---|---|
| | **Day 3 of 10** |

| LOCATION: |
|---|
| TYLER PERRY STUDIOS |
| ONE TYLER PERRY STUDIOS WAY |
| ATLANTA GA 30310 |

| DIRECTOR REHEARSAL: | 10:45A |
|---|---|
| SHOOTING CALL: | 11:00A |
| LUNCH: | 4:00P |

| WEATHER: |
|---|
| **Partly Sunny** |

| | High | 57° | Low | 47° |
|---|---|---|---|---|
| | Sunrise | 7:59A | Winds | NE 10-15 mph |
| | Sunset | 6:43P | | |

**NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL
BREAKAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | EXTRAS PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| **TYLER PERRY STUDIOS** **2ND FLOOR DREAM BLDG** | **BREAKFAST: DREAM PARKING LOT** **LUNCH: STAGE 12** | **TYLER PERRY STUDIOS** DREAM BLDG PARKING DECK **FOLLOW SIGNS** | **TYLER PERRY STUDIOS** **3RD FL. PARKING DECK** | **WELLSTAR MEDICAL CENTER SOUTH** 1170 CLEVELAND AVE, EAST POINT, GA 404-466-1170 | **Adam Hodges** 678-595-8241 |

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

TYLER PERRY'S
# THE OVAL

## GENERAL CREW CALL

## 10:00 AM

Executive Producer/ Writer/ Director: Tyler Perry
President of Original Programming: Angi Bones
Senior VP of TPS Production/ Exec Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
Associate Producer: Jennifer Carriere
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Executive: April Powell
Unit Production Manager: Alex Orr
Production Supervisor: Nina Hodge

| | |
|---|---|
| **Thursday, November 4, 2021** | |
| **Day 4 of 10** | |
| **LOCATION:** | |
| TYLER PERRY STUDIOS | |
| ONE TYLER PERRY STUDIOS WAY | |
| ATLANTA GA 30310 | |
| DIRECTOR REHEARSAL: | 10:45A |
| SHOOTING CALL: | 11:00A |
| LUNCH: | 4:00P |
| **WEATHER:** | |

### Mostly Cloudy
**30% Chance of Morning Rain**

| | | | |
|---|---|---|---|
| High | 52° | Low | 44° |
| Sunrise | 8:00A | Winds | NE 10-15 mph |
| Sunset | 6:42P | | |

**NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL
BREAKAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | EXTRAS PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | BREAKFAST: DREAM PARKING LOT | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | WELLSTAR MEDICAL CENTER SOUTH | Adam Hodges |
| 2ND FLOOR DREAM BLDG | LUNCH: STAGE 12 | DREAM BLDG PARKING DECK | 3RD FL. PARKING DECK | 1170 CLEVELAND AVE, EAST POINT, GA | 678-595-8241 |
| | | FOLLOW SIGNS | | 404-466-1170 | |

DocuSign Envelope ID: 8EC5810E-B5B7-4B85-83F7-8A6D98F022A8

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

Executive Producer/ Writer/ Director: Tyler Perry
President of Original Programming: Angi Bones
Senior VP of TPS Production/ Exec Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
Associate Producer: Jennifer Carriere
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Executive: April Powell
Unit Production Manager: Alex Orr
Production Supervisor: Nina Hodge

# TYLER PERRY'S
# THE OVAL

**GENERAL CREW CALL**

## 10:00 AM

*9:00 AM Scout of Pool Area*
*for Scenes 417-17A & 418-1*

**Friday, November 5, 2021**
**Day 5 of 10**

| LOCATION: | |
|---|---|
| TYLER PERRY STUDIOS | |
| ONE TYLER PERRY STUDIOS WAY | |
| ATLANTA GA 30310 | |
| DIRECTOR REHEARSAL: | 10:45A |
| SHOOTING CALL: | 11:00A |
| LUNCH: | 4:00P |

| WEATHER: | |
|---|---|
| **Partly Sunny** | |

| | | | |
|---|---|---|---|
| High | 56° | Low | 43° |
| Sunrise | 8:01A | Winds | NE 5-10 mph |
| Sunset | 6:42P | | |

**NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL**
**BREAKST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | EXTRAS PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS 2ND FLOOR DREAM BLDG | BREAKFAST: DREAM PARKING LOT LUNCH: STAGE 12 | TYLER PERRY STUDIOS DREAM BLDG PARKING DECK FOLLOW SIGNS | TYLER PERRY STUDIOS 3RD FL. PARKING DECK | WELLSTAR MEDICAL CENTER SOUTH 1170 CLEVELAND AVE, EAST POINT, GA 404-466-1170 | Adam Hodges 678-595-8241 |

DocuSign Envelope ID: 8EC5810E-B5B7-4B85-83F7-8A6D98F022A8

TYLER PERRY'S
THE **OVAL**

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

**Monday, November 8, 2027**
**Day 6 of 10**

| LOCATION: |
|---|
| TYLER PERRY STUDIOS |
| ONE TYLER PERRY STUDIOS WAY |
| ATLANTA GA 30310 |

Executive Producer/ Writer/ Director: Tyler Perry
President of Original Programming: Angi Bones
Senior VP of TPS Production/ Exec Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
Associate Producer: Jennifer Carriere
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Executive: April Powell
Unit Production Manager: Alex Orr
Production Supervisor: Nina Hodge

**GENERAL CREW CALL**

## 10:00 AM

| DIRECTOR REHEARSAL: | 10:45A |
|---|---|
| SHOOTING CALL: | 11:00A |
| LUNCH: | 4:00P |

| WEATHER: |
|---|
| **Partly Sunny** |

| | High | 69° | | Low | 43° |
|---|---|---|---|---|---|
| | Sunrise | 7:03A | Winds | | |
| | Sunset | 5:39P | | | |

**NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL**
**BREAKAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | EXTRAS PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS 2ND FLOOR DREAM BLDG | BREAKFAST: DREAM PARKING LOT LUNCH: STAGE 12 | TYLER PERRY STUDIOS DREAM BLDG PARKING DECK FOLLOW SIGNS | TYLER PERRY STUDIOS 3RD FL. PARKING DECK | WELLSTAR MEDICAL CENTER SOUTH 1170 CLEVELAND AVE, EAST POINT, GA 404-466-1170 | Adam Hodges 678-595-8241 |

TYLER PERRY'S
**OVAL**

315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

**Tuesday, November 9, 2021**
**Day 7 of 10**

| LOCATION: | | |
|---|---|---|
| TYLER PERRY STUDIOS | | |
| ONE TYLER PERRY STUDIOS WAY | | |
| ATLANTA GA 30310 | | |

**GENERAL CREW CALL**

| 10:00 AM |
|---|

Executive Producer/ Writer/ Director: Tyler Perry
President of Original Programming: Angi Bones
Senior VP of TPS Production/ Exec Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
Associate Producer: Jennifer Carriere
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Executive: April Powell
Unit Production Manager: Alex Orr
Production Supervisor: Nina Hodge

| DIRECTOR REHEARSAL: | 10:45A |
|---|---|
| SHOOTING CALL: | 11:00A |
| LUNCH: | 4:00P |

| WEATHER: |
|---|
| Sunny |

| High | 75° | Low | 49° |
|---|---|---|---|
| Sunrise | 7:04A | Winds | Light & Variable |
| Sunset | 5:38P | | |

NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL
BREAKAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | EXTRAS PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | BREAKFAST: DREAM PARKING LOT | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | WELLSTAR MEDICAL CENTER SOUTH | Adam Hodges |
| 2ND FLOOR DREAM BLDG | LUNCH: STAGE 12 | DREAM BLDG PARKING DECK | 3RD FL. PARKING DECK | 1170 CLEVELAND AVE, EAST POINT, GA | 678-595-8241 |
| | | FOLLOW SIGNS | | 404-466-1170 | |

DocuSign Envelope ID: 8EC5810E-B5B7-4B85-83F7-8A6D98F022A8

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

TYLER PERRY'S



**THE OVAL**

**GENERAL CREW CALL**

## 10:00 AM

| LOCATION: | | |
|---|---|---|
| TYLER PERRY STUDIOS | | |
| ONE TYLER PERRY STUDIOS WAY | | |
| ATLANTA GA 30310 | | |
| DIRECTOR REHEARSAL: | | 10:45A |
| SHOOTING CALL: | | 11:00A |
| LUNCH: | | 4:00P |

**Wednesday, November 10, 2021**
**Day 8 of 10**

Executive Producer/ Writer/ Director: Tyler Perry
President of Original Programming: Angi Bones
Senior VP of TPS Production/ Exec Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
Associate Producer: Jennifer Carriere
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Executive: April Powell
Unit Production Manager: Alex Orr
Production Supervisor: Nina Hodge

| WEATHER: | | | |
|---|---|---|---|
| Sunny | | | |
| High | 75° | Low | 56° |
| Sunrise | 7:05A | Winds | W 5-10 mph |
| Sunset | 5:38P | | |

**NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL**
**BREAKAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | EXTRAS PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS 2ND FLOOR DREAM BLDG | BREAKFAST: DREAM PARKING LOT LUNCH: STAGE 12 | TYLER PERRY STUDIOS DREAM BLDG PARKING DECK FOLLOW SIGNS | TYLER PERRY STUDIOS 3RD FL. PARKING DECK | WELLSTAR MEDICAL CENTER SOUTH 1170 CLEVELAND AVE, EAST POINT, GA 404-466-1170 | Adam Hodges 678-595-8241 |

TYLER PERRY'S
THE OVAL

**GENERAL CREW CALL**

## 10:00 AM

Thursday, November 11, 2021
**Day 9 of 10**

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

Executive Producer/ Writer/ Director: Tyler Perry
President of Original Programming: Angi Bones
Senior VP of TPS Production/ Exec Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton
Associate Producer: Jennifer Carriere
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Executive: April Powell
Unit Production Manager: Alex Orr
Production Supervisor: Nina Hodge

| LOCATION: | | |
|---|---|---|
| TYLER PERRY STUDIOS | | |
| ONE TYLER PERRY STUDIOS WAY | | |
| ATLANTA GA 30310 | | |
| DIRECTOR REHEARSAL: | | 10:45A |
| SHOOTING CALL: | | 11:00A |
| LUNCH: | | 4:00P |
| **WEATHER:** | | |
| **70% Chance of Rain** | | |
| High | 71° | Low | 51° |
| Sunrise | 7:06A | Winds | SW 10-15 mph |
| Sunset | 5:37P | | |

**NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL
BREAKAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | EXTRAS PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS 2ND FLOOR DREAM BLDG | BREAKFAST: DREAM PARKING LOT LUNCH: STAGE 12 | TYLER PERRY STUDIOS DREAM BLDG PARKING DECK FOLLOW SIGNS | TYLER PERRY STUDIOS 3RD FL. PARKING DECK | WELLSTAR MEDICAL CENTER SOUTH 1170 CLEVELAND AVE, EAST POINT, GA 404-466-1170 | Adam Hodges 678-595-8241 |

**TYLER PERRY'S**

# THE OVAL

**GENERAL CREW CALL**

## 10:00 AM

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

Executive Producer/ Writer/ Director: Tyler Perry

President of Original Programming: Angi Bones
Senior VP of TPS Production/ Exec Producer: Will Areu
VP of TPS Production/ Producer: Mark E. Swinton

Associate Producer: Jennifer Carriere
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Executive: April Powell
Unit Production Manager: Alex Orr
Production Supervisor: Nina Hodge

**Friday, November 12, 2021**

**Day 10 of 10**

| LOCATION: | | |
|---|---|---|
| TYLER PERRY STUDIOS | | |
| ONE TYLER PERRY STUDIOS WAY | | |
| ATLANTA GA 30310 | | |
| DIRECTOR REHEARSAL: | | 10:45A |
| SHOOTING CALL: | | 11:00A |
| LUNCH: | | 4:00P |

| WEATHER: | | |
|---|---|---|
| **Sunny** | | |

| High | 68° | Low | 45° |
|---|---|---|---|
| Sunrise | 7:07A | Winds | NW 10-15 mph |
| Sunset | 5:36P | | |

**NO FORCED CALL WITHOUT PRIOR APPROVAL OF THE UPM ** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL**
**BREAKAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | EXTRAS PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS 2ND FLOOR DREAM BLDG | BREAKFAST: DREAM PARKING LOT LUNCH: STAGE 12 | TYLER PERRY STUDIOS DREAM BLDG PARKING DECK FOLLOW SIGNS | TYLER PERRY STUDIOS 3RD FL. PARKING DECK | WELLSTAR MEDICAL CENTER SOUTH 1170 CLEVELAND AVE, EAST POINT, GA 404-466-1170 | Adam Hodges 678-595-8241 |

TYLER PERRY'S
THE OVAL

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

Executive Producer/Writer/ Director: Tyler Perry

Producer: Angi Bones
Producer: Mark E. Swinton
Producer: Will Areu
Producer/UPM: Tony L. Strickland
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Exec: April Powell
Creative Exec: Antoinetta Stallings
UPM: Jim Tripp

**Friday, April 15, 2022**

**Day 6 of 8**

**GENERAL CREW CALL**

## 10:00 AM

**BLUE REVISED**

| LOCATION: | |
|---|---|
| TYLER PERRY STUDIOS | |
| 315 DESHLER ST. SW | |
| ATLANTA GA 30310 | |
| DIRECTOR REHEARSAL: | 10:30A |
| SHOOTING CALL: | 11:00A |
| LUNCH: | 4:00P |
| CURRENT SCHEDULE/SCRIPT: WHITE | |
| WEATHER: | |
| SUNNY | |
| SW WINDS 9 MPH | |

| | High | 86° | Low | 63° |
|---|---|---|---|---|
| | Sunrise | 6:55A | Sunset | 8:16P |

**NO FORCED CALLS, PRE-CALLS, ADDITIONAL CREW OR OVERTIME WITHOUT PRIOR APPROVAL OF UPM**

**\*\* CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL \*\***

**BREAKFAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB \*\* NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | CREW PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | EMORY UNIVERSITY HOSPITAL MIDTOWN | Adam Hodges |
| 2ND FLOOR DREAM BLDG | CATERING TENT | DREAM BLDG PARKING DECK | DREAM BLDG | 550 PEACHTREE ST NE ATLANTA GA 30308 | 678-595-8241 |
| | RIGHT SIDE OF STAGE 12 | FOLLOW SIGNS | PARKING DECK | 404.686.4411 | |

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

T Y L E R  P E R R Y ' S
THE
**OVAL**

**GENERAL CREW CALL**

**10:00 AM**

*BLUE REVISED*

Executive Producer/Writer/ Director: Tyler Perry
Producer: Angi Bones
Producer: Mark E. Swinton
Producer: Will Areu
Producer/UPM: Tony L. Strickland
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Exec: April Powell
Creative Exec: Antoinetta Stallings
UPM: Jim Tripp

| Tuesday, August 20, 2024 |
|---|
| **Day 7 of 8** |

| LOCATION: |
|---|
| TYLER PERRY STUDIOS |
| 315 DESHLER ST. SW |
| ATLANTA GA 30310 |

| DIRECTOR REHEARSAL: | 10:30A |
|---|---|
| SHOOTING CALL: | 11:00A |
| LUNCH: | 4:00P |

| CURRENT SCHEDULE/SCRIPT: WHITE |
|---|
| WEATHER: |
| CLOUDY, SLIGHT CHANCE OF RAIN |
| NW WINDS 13 MPH |

| High | 72° | Low | 48° |
|---|---|---|---|
| Sunrise | 6:54A | Sunset | 8:17P |

**NO FORCED CALLS, PRE-CALLS, ADDITIONAL CREW OR OVERTIME WITHOUT PRIOR APPROVAL OF UPM**
**\*\* CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL \*\***
**BREAKAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB \*\* NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | CREW PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | EMORY UNIVERSITY HOSPITAL MIDTOWN | Adam Hodges |
| 2ND FLOOR DREAM BLDG | CATERING TENT | DREAM BLDG PARKING DECK | DREAM BLDG | 550 PEACHTREE ST NE ATLANTA GA 30308 | 678-595-8241 |
| | RIGHT SIDE OF STAGE 12 | FOLLOW SIGNS | PARKING DECK | 404.686.4411 | |

DocuSign Envelope ID: C8D5803C-A6D0-4D5B-8AFB-4F609D3F2D6D

**TPS PRODUCTION SERVICES, LLC**

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

Executive Producer/Writer: Tyler Perry
Director: Armani Ortiz

Producer: Angi Bones
Producer: Mark E. Swinton
Producer: Will Areu
Producer: Tony L. Strickland
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Exec: April Powell
Creative Exec: Antoinetta Stallings
UPM: Nikki Simpson

# TYLER PERRY'S
# THE OVAL

**GENERAL CREW CALL**

# 9:00 AM

| | |
|---|---|
| **Monday, March 13, 2023** | |
| **Day 6 of 10** | |
| LOCATION: | |
| TYLER PERRY STUDIOS | |
| 315 DESHLER ST. SW | |
| ATLANTA GA 30310 | |
| DIRECTOR REHEARSAL: | 9:15A |
| **SHOOTING CALL:** | 9:30A |
| **LUNCH:** | 3:00P |
| **CURRENT SCHEDULE/SCRIPT: BLUE** | |
| **WEATHER:** | |

A FEW CLOUDS EARLY, OTHERWISE MOSTLY SUNNY.
CLEAR SKIES. WINDS NW AT 10 TO 20 MPH.

| | | | |
|---|---|---|---|
| High | 57° | Low | 32° |
| Sunrise | 7:51A | Sunset | 7:43P |

**NO FORCED CALLS, PRE-CALLS, ADDITIONAL CREW OR OVERTIME WITHOUT PRIOR APPROVAL OF UPM**

**** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL ****

**BREAKAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | CREW PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | EMORY UNIVERSITY HOSPITAL MIDTOWN | **Adam Hodges** |
| 2ND FLOOR DREAM BLDG | **STAGE 12** | DREAM BLDG PARKING DECK | **Gravel LOT B** | 550 PEACHTREE ST NE ATLANTA GA 30308 | 678-595-8241 |
| | WHITE TENT (ON THE SIDE ) | **FOLLOW SIGNS** | **ACROSS FROM STAGE 11** | **404.686.4411** | |

DA8692BA8AF94FB...



**TPS PRODUCTION SERVICES, LLC**

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

Executive Producer/Writer: Tyler Perry
Director: Armani Ortiz

Producer: Angi Bones
Producer: Mark E. Swinton
Producer: Will Areu
Producer: Tony L. Strickland
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Exec: April Powell
Creative Exec: Antoinetta Stallings
UPM: Nikki Simpson

## TYLER PERRY'S
# THE OVAL

**GENERAL CREW CALL**

# 10:00 AM

BET SOCIAL MEDIA ON SET TODAY!!

| Tuesday, March 14, 2023 | | |
|---|---|---|
| **Day 7 of 10** | | |
| LOCATION: | | |
| TYLER PERRY STUDIOS | | |
| 315 DESHLER ST. SW | | |
| ATLANTA GA 30310 | | |
| DIRECTOR REHEARSAL: | | 10:15A |
| SHOOTING CALL: | | 10:30A |
| LUNCH: | | 4:00P |
| CURRENT SCHEDULE/SCRIPT: BLUE | | |
| WEATHER: | | |
| MAINLY SUNNY. CLEAR. WINDS NW AT 10 TO 20 MPH. | | |
| High | 53° | Low | 30° |
| Sunrise | 7:49A | Sunset | 7:44P |

**NO FORCED CALLS, PRE-CALLS, ADDITIONAL CREW OR OVERTIME WITHOUT PRIOR APPROVAL OF UPM**

**\*\* CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL \*\***

**BREAKFAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB \*\* NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | CREW PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | EMORY UNIVERSITY HOSPITAL MIDTOWN | Adam Hodges |
| 2ND FLOOR DREAM BLDG | STAGE 12 | DREAM BLDG PARKING DECK | Gravel LOT B | 550 PEACHTREE ST NE ATLANTA GA 30308 | 678-595-8241 |
| | WHITE TENT (ON THE SIDE ) | FOLLOW SIGNS | ACROSS FROM STAGE 11 | 404.686.4411 | |

DA8692BA8AF94F

**TPS PRODUCTION SERVICES, LLC**

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

Executive Producer/Writer: Tyler Perry
Director: Armani Ortiz

Producer: Angi Bones
Producer: Mark E. Swinton
Producer: Will Areu
Producer: Tony L. Strickland
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Exec: April Powell
Creative Exec: Antoinetta Stallings
UPM: Nikki Simpson

### TYLER PERRY'S
# THE OVAL

### GENERAL CREW CALL

## 10:00 AM

| Wednesday, March 15, 2023 | | |
|---|---|---|
| **Day 8 of 10** | | |
| LOCATION: | | |
| TYLER PERRY STUDIOS | | |
| 315 DESHLER ST. SW | | |
| ATLANTA GA 30310 | | |
| DIRECTOR REHEARSAL: | | 10:15A |
| SHOOTING CALL: | | 10:30A |
| LUNCH: | | 4:00P |
| CURRENT SCHEDULE/SCRIPT: BLUE | | |
| WEATHER: | | |
| MAINLY SUNNY. WINDS LIGHT AND VARIABLE. | | |
| High | 62° | Low | 35° |
| Sunrise | 7:48A | Sunset | 7:45P |

**NO FORCED CALLS, PRE-CALLS, ADDITIONAL CREW OR OVERTIME WITHOUT PRIOR APPROVAL OF UPM**

**\*\* CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL \*\***

**BREAKAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB \*\* NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | CREW PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | EMORY UNIVERSITY HOSPITAL MIDTOWN | Adam Hodges |
| 2ND FLOOR DREAM BLDG | STAGE 12 | DREAM BLDG PARKING DECK | Gravel LOT B | 550 PEACHTREE ST NE ATLANTA GA 30308 | 678-595-8241 |
| | WHITE TENT (ON THE SIDE ) | FOLLOW SIGNS | ACROSS FROM STAGE 11 | 404.686.4411 | |

**TPS PRODUCTION SERVICES, LLC**

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

Executive Producer/Writer: Tyler Perry
Director: Armani Ortiz

Producer: Angi Bones
Producer: Mark E. Swinton
Producer: Will Areu
Producer: Tony L. Strickland
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Exec: April Powell
Creative Exec: Antoinetta Stallings
UPM: Nikki Simpson

## TYLER PERRY'S
## THE OVAL

**GENERAL CREW CALL**

## 11:30 AM

| **Thursday, March 16, 2023** | | |
|---|---|---|
| **Day 9 of 10** | | |
| **LOCATION:** | | |
| TYLER PERRY STUDIOS | | |
| 315 DESHLER ST. SW | | |
| ATLANTA GA 30310 | | |
| DIRECTOR REHEARSAL: | | 11:45A |
| SHOOTING CALL: | | 12:00P |
| LUNCH: | | 5:30P |
| **CURRENT SCHEDULE/SCRIPT: BLUE** | | |
| **WEATHER:** | | |
| SUNSHINE AND CLOUDS MIXED. PARTLY CLOUDY SKIES EARLY FOLLOWED BY INCREASING CLOUDS WITH SHOWERS DEVELOPING LATER. CHANCE OF RAIN 40% | | |
| High | 69° | Low | 50° |
| Sunrise | 7:47A | Sunset | 7:46A |

**NO FORCED CALLS, PRE-CALLS, ADDITIONAL CREW OR OVERTIME WITHOUT PRIOR APPROVAL OF UPM**

**\*\* CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL \*\***

**BREAKFAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB \*\* NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | CREW PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | EMORY UNIVERSITY HOSPITAL MIDTOWN | Adam Hodges |
| 2ND FLOOR DREAM BLDG | STAGE 12 | DREAM BLDG PARKING DECK | Gravel LOT B | 550 PEACHTREE ST NE ATLANTA GA 30308 | 678-595-8241 |
| | WHITE TENT (ON THE SIDE) | FOLLOW SIGNS | ACROSS FROM STAGE 11 | 404.686.4411 | |



**TPS PRODUCTION SERVICES, LLC**

Production Office:
315 Deshler St. SW
Atlanta, GA 30310
Tel: (404) 222-6448

Executive Producer/Writer: Tyler Perry
Director: Armani Ortiz

Producer: Angi Bones
Producer: Mark E. Swinton
Producer: Will Areu
Producer: Tony L. Strickland
Associate Producer: Andy Norman
Associate Producer: Carole Wurst
Associate Producer: Deance Wyatt
Creative Exec: April Powell
Creative Exec: Antoinetta Stallings
UPM: Nikki Simpson

# TYLER PERRY'S THE OVAL

**GENERAL CREW CALL**

**1:30 PM**

**Friday, March 17, 2023**

**Day 10 of 10**

| LOCATION: | |
|---|---|
| TYLER PERRY STUDIOS | |
| 315 DESHLER ST. SW | |
| ATLANTA GA 30310 | |
| DIRECTOR REHEARSAL: | 1:45P |
| SHOOTING CALL: | 2:00P |
| LUNCH: | 7:30P |

**CURRENT SCHEDULE/SCRIPT: BLUE**

**WEATHER:**

Cloudy with periods of rain. Potential for heavy rainfall. Chance of Rain 100% Rainfall may reach one inch.

| High | 62° | Low | 34° |
|---|---|---|---|
| Sunrise | 7:45A | Sunset | 7:46P |

**NO FORCED CALLS, PRE-CALLS, ADDITIONAL CREW OR OVERTIME WITHOUT PRIOR APPROVAL OF UPM**

**** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL ****

**BREAKAST WILL BE AVAILABLE BEFORE CALL - ALL CREW WITH A PRE-CALL MUST TAKE AN NDB ** NO CAMERAS ON SET**

| BASECAMP | BREAKFAST/LUNCH | TESTING LOCATION | CREW PARKING | NEAREST HOSPITAL | SET MEDIC |
|---|---|---|---|---|---|
| TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | EMORY UNIVERSITY HOSPITAL MIDTOWN | Adam Hodges |
| 2ND FLOOR DREAM BLDG | STAGE 12 | DREAM BLDG PARKING DECK | Gravel LOT B | 550 PEACHTREE ST NE ATLANTA GA 30308 | 678-595-8241 |
| | WHITE TENT (ON THE SIDE ) | FOLLOW SIGNS | ACROSS FROM STAGE 11 | 404.686.4411 | |

DA8692BA8AF94FB

TPS PRODUCTION SERVICES, LLC.

PRODUCTION OFFICE:
ATLANTA: 315 Deshler St SW Bldg 58B
Atlanta, GA 30110

## JOY RIDGE

**DATE:** Friday, February 23, 2024
**SHOOT DAY:** 4 of 5

CREW CALL

Executive Producer/Writer/Director: Tyler Perry

Producer: Angi Bones
Producer: Will Areu
Producer/UPM: Carmen K. Jones
Associate Producer: Andy Norman
Associate Producer: Carole Wurst

### 11:00A

GENERAL CREW CALL
(SEE BACK FOR INDIVIDUAL CALL TIMES)

| SHOOTING CALL | 12:00P |
| LUNCH | 5:00P |

**WEATHER:** HIGH: 65 °/LOW: 43 °
Morning Rain, then Sun
Winds NW 17 MPH
48% Chance of Rain
**SUNRISE:** 7:13A  **SUNSET:** 6:29P
Script: SHOOT DRAFT 2.18.24
Schedule: WHITE 2.16.24

***NO FORCED CALLS, MISSED NDBs, PRE-CALLS, ADDITIONAL CREW OR OVERTIME WITHOUT PRIOR APPROVAL OF UPM**
**SHOOTING CREW TO MEET ON SET @ CALL TO DISCUSS FIRST SET UP / ALL CREW TO ATTEND SAFETY MEETING AT CALL**
**CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL / NO VIDEO, PHOTOGRAPHY, OR POSTING ON SOCIAL MEDIA OF ANY KIND ALLOWED / NO PERSONAL PHOTOGRAPHY**
** SAFETY MEETINGS TO BE HELD BY 1ST AD AT CALL AND WHENEVER STUNTS, SPFX, OR UNUSUAL ACTIVITY IS SCHEDULED**

| Crew Parking | Catering | Basecamp | BG Holding/Parking |
|---|---|---|---|
| TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS | TYLER PERRY STUDIOS |
| DREAM BLDG | CATERING TENT | 2ND FLOOR DREAM BLDG | STAGE 1 |
| PARKING DECK | PARKING LOT BEHIND DREAM BLDG | | PARKING: 1255 THORNE AVE |

Nearest Hospital: EMORY UNIVERSITY HOSPITAL MIDTOWN
550 PEACHTREE ST NE ATLANTA, GA 30308

SET MEDIC: ADAM HODGES (678) 595-8241

TPS PRODUCTION SERVICES, LLC.

**PRODUCTION OFFICE:**
ATLANTA: 315 Deshler St SW Bldg 58B
Atlanta, GA 30310

TYLER PERRY'S
**JOY RIDGE**
**CREW CALL**

Executive Producer/Writer/Director: Tyler Perry
Producer: Angi Bones
Producer: Will Areu
Producer/UPM: Carmen K. Jones
Associate Producer: Andy Norman
Associate Producer: Carole Wurst

# 8:00A

**GENERAL CREW CALL**
(SEE BACK FOR INDIVIDUAL CALL TIMES)

| SHOOTING CALL | 9:00A |
|---|---|
| LUNCH | 2:00P |

DATE:    Monday, February 26, 2024
SHOOT DAY:    5 of 5

**WEATHER:**    HIGH:  74 ° / LOW: 55 °
Mostly Sunny
Winds SSW 12 MPH
3% Chance of Rain

SUNRISE:    7:10A    SUNSET:    6:31P
Script:    SHOOT DRAFT 2.18.24
Schedule:    YELLOW 2.22.24

***NO FORCED CALLS, MISSED NDBs, PRE-CALLS, ADDITIONAL CREW OR OVERTIME WITHOUT PRIOR APPROVAL OF UPM**

**SHOOTING CREW TO MEET ON SET @ CALL TO DISCUSS FIRST SET UP / ALL CREW TO ATTEND SAFETY MEETING AT CALL**

** CLOSED SET: NO VISITORS ALLOWED WITHOUT PRIOR APPROVAL / NO VIDEO, PHOTOGRAPHY, OR POSTING ON SOCIAL MEDIA OF ANY KIND ALLOWED / NO PERSONAL PHOTOGRAPHY**

** SAFETY MEETINGS TO BE HELD BY 1ST AD AT CALL AND WHENEVER STUNTS, SPFX, OR UNUSUAL ACTIVITY IS SCHEDULED**

| Crew Parking | Catering | Basecamp | Working Trucks | BG Holding/Parking |
|---|---|---|---|---|
| LOC #: FULTON COUNTY AIRPORT 3940 AVIATION CIR NW ATLANTA, GA 30336 | LOC #: FULTON COUNTY AIRPORT 3940 AVIATION CIR NW ATLANTA, GA 30336 | TYLER PERRY STUDIOS DREAM BLDG - 2ND FLOOR | LOC #1: FULTON COUNTY AIRPORT 3940 AVIATION CIR NW ATLANTA, GA 30336 | LOC #1: FULTON COUNTY AIRPORT 3940 AVIATION CIR NW ATLANTA, GA 30336 |
| LOC #2: TYLER PERRY STUDIOS DREAM BLDG PARKING DECK | LOC #2 (BFAST & LUNCH): TYLER PERRY STUDIOS CATERING TENT PARKING LOT BEHIND DREAM BLDG | | ON-SITE | LOC #2/FASHION SHOW BG TYLER PERRY STUDIOS - STAGE 1 PARKING: 1255 THORNE AVE |

Nearest Hospital: LOC #1: WELLSTAR COBB HOSPITAL 3950 AUSTELL RD AUSTELL, GA 30106
LOC #2: EMORY UNIVERSITY HOSPITAL MIDTOWN  550 PEACHTREE ST NE ATLANTA, GA 30308