| | |
|---|---|
| 1 | TUCKER ELLIS LLP |
| 2 | Matthew A. Boyd (admitted pro hac vice)<br>matthew.boyd@tuckerellis.com |
| 3 | Ndubisi A. Ezeolu (Bar No. 256834)<br>ndubisi.ezeolu@tuckerellis.com |
| 4 | 515 South Flower Street, Forty-Second Floor<br>Los Angeles, CA 90071 |
| 5 | Tel: 213.430.3400<br>Fax: 213.430.3409 |
| 6 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 7 | Alex Spiro (pro hac vice forthcoming)<br>alexspiro@quinnemanuel.com |
| 8 | 295 5th Avenue, 9th Floor<br>New York, New York 10016 |
| 9 | Tel: 212 849 7000<br>Fax: 212 849 7100 |
| 10 | Michael T. Lifrak (Bar No. 210846) |
| 11 | michaellifrak@quinnemanuel.com<br>Mari F. Henderson (Bar No. 307693) |
| 12 | marihenderson@quinnemanuel.com<br>Alex Bergjans (Bar No. 302830) |
| 13 | alexbergjans@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor |
| 14 | Los Angeles, California 90017<br>Tel: 213 443 3000 |
| 15 | Fax: 213 443 3100 |
| 16 | *Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DEREK DIXON, an individual | ) Case No. 2:25-cv-09112-JFW-SK |
| Plaintiff, | ) **DECLARATION OF MATTHEW A.** |
| v. | ) **BOYD IN SUPPORT OF** |
| | ) **DEFENDANTS' MOTIONS TO** |
| TYLER PERRY, an individual; TPS | ) **DISMISS** |
| PRODUCTION SERVICES, LLC, a | ) Date: November 17, 2025 |
| Limited Liability Company; AND | ) Time: 1:30 p.m. |
| ACTION, LLC, a Limited Liability | ) |
| Company; and DOES 1 through 50, | ) Judge: Honorable John F. Walter |
| inclusive | ) |
| | ) Complaint filed: June 13, 2025 |
| Defendants. | ) Trial date: Not set |

DECLARATION OF MATTHEW A. BOYD

# DECLARATION OF MATTHEW A. BOYD

I, Matthew A. Boyd, certify and declare as follows:

1. I am duly licensed to practice law in the State of Georgia and have been admitted *pro hac vice* in the above-captioned action. I am a partner with the law firm Tucker Ellis, LLP, attorneys of record for Defendants Tyler Perry, TPS Production Services, LLC, and And Action LLC (collectively, "Defendants"). I make this declaration in support of Defendants' (a) concurrently-filed Motion to Dismiss for pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(3), 28 U.S.C. §§ 1406(a), 1404(a), and the doctrine of *forum non conveniens*, or alternatively, to transfer this action to the U.S. District Court for the Northern District of Georgia, and (b) Defendants' concurrently-filed Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (collectively, "Motions to Dismiss"). I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I would and could testify competently under oath thereto.

2. Prior to filing the Motions to Dismiss, on October 16 and October 20, 2025, I, along with my co-counsel Alex Bergjans, met and conferred with Jonathan J. Delshad, Esq., lead counsel for Plaintiff Derek Dixon, to discuss the substance of the Motions to Dismiss. I was not located in the Central District of California, and therefore the conferences took place via videoconference (Zoom)

3. During the conferences on October 16 and October 20, 2025, Defendants' counsel identified all grounds for the Motions to Dismiss and summarized Defendants' arguments in support. Counsel for the Parties were unable to resolve the issues raised in the Motions to Dismiss.

4. The Parties' Joint Statement regarding their October 16 and 20, 2025 conferences provides a detailed summary of those conferences. *See* ECF No. 26.

//
//
//
//

2
DECLARATION OF MATTHEW A. BOYD

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Atlanta, Georgia on October 21, 2025.

                                               */s/ Matthew A. Boyd*

                                               Matthew A. Boyd