Jonathan J. Delshad [SBN 246176]
LAW OFFICES OF JONATHAN J. DELSHAD
1663 Sawtelle Blvd., Ste 220
Los Angeles, CA 90025
Telephone: (424) 255-8376
Facsimile: (424)256-7899
E-mail: jdelshad@delshadlegal.com

Attorney for Plaintiff, Derek Dixon

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK DIXON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>TYLER PERRY, an individual; TPS PRODUCTION SERVICES, LLC, a Limited Liability Company; AND ACTION LLC, a Limited Liability Company and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. 2:25-cv-09112<br><br>**DECLARATION OF JONATHAN J. DELSHAD IN SUPPORT OF PLAINTIFF'S MOTION FOR REMAND.**<br><br>HEARING DATE: November 24, 2025.<br>TIME: 1:30 PM<br>LOCATION: Courtroom 7A, Room 4311 of the Federal Courthouse located at 350 W. 1st St. LA CA 90012.<br><br>JUDGE: Hon. John F. Walter<br><br>Complaint filed: June 13, 2025<br>Trial Date: Not Set. |

I, Jonathan J. Delshad, declare as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am counsel of record for Plaintiff Derek Dixon in the above-captioned matter. I make this declaration of my own personal knowledge, and if called to testify, I could and would competently do so.

- 1 -
DECL OF JJD. ISO MOTION TO REMAND

**Meet and Confer History**

2. On October 10, 2025, I initiated the Local Rule 7-3 meet-and-confer process by requesting dates from Defendants' counsel, Mr. Boyd, to discuss the issues that would be raised in this motion for remand.

3. Mr. Boyd advised that he was experiencing a family medical emergency and would not be available to confer until October 16, 2025.

4. The parties held the first Zoom meet-and-confer session on October 16, 2025. During that conference, I raised all bases for remand, including the lack of complete diversity and the absence of unanimous consent to removal. Defense counsel indicated they believed they properly pled diversity jurisdiction and that AND ACTION LLC properly consented through Robyne Gordon's declaration.

5. The parties did narrow the issues after meeting and conferring but were not able to finalize their joint statement within two calendar days, so we met again via Zoom on October 20, 2025, after exchanging draft joint statements and we further met and conferred over the motions via zoom. The joint statement was filed on October 20, 2025.

6. Under the Court's Standing Order, a motion must be filed no earlier than five calendar days after the joint statement is filed. The earliest permissible filing date under that rule would have been October 26, 2025. However, the 30-day jurisdictional deadline under 28 U.S.C. § 1447(c) expires on October 24, 2025. Because compliance with the Standing Order would have rendered the motion untimely under

§1447(c), Plaintiff filed this motion on October 24, 2025 to preserve jurisdictional rights.

**Service on Defendants**

7. On August 25, 2025, Plaintiff personally served Defendant Tyler Perry with the summons and complaint at his business address.

8. On August 27, 2025, the complaint, summons, and ancillary documents were served by personal service upon **CT Corporation System**, in Georgia. The address for service of CT Corporation Systems was 289 S. Culver St. Lawrenceville GA, 30046-4805.

9. Counsel for Defendants, Bisi Ezeolu, confirmed that TPS Production Services LLC, was served through its agent for service of process, CT Corporation System, on August 27, 2025. (See Ezeolu Decl. ¶4. (Docket 1-3)

**Public Records of And Action LLC**

10. I reviewed public business filings available from the Georgia Secretary of State, Corporations Division. Those records show that And Action LLC was administratively dissolved on December 20, 2023. (See Request for Judicial Notice Exhibit A).

11. The Certificate of Termination for And Action LLC lists Tyler Perry as the managing member who executed the termination documents. True and correct copies of that public record is attached to the Request for Judicial Notice as Exhibit A.

12. Public business filings available from the Georgia Secretary of State, Corporations Division identifying CT Corporation Systems with the address, 289 S. Culver St. Lawrenceville GA, 30046-4805 as the agent of service of process for the terminated entity, And Action LLC. (See Request for Judicial Notice Exhibit B). True and correct

copies of that public record is attached to the Request for Judicial Notice Exhibit as Exhibit B. Public business filings available from the Georgia Secretary of State, Corporations Division identifying CT Corporation Systems with the address, 289 S. Culver St. Lawrenceville GA, 30046-4805 as the agent of service of process for TPS Production Services LLC. (See Request for Judicial Notice Exhibit C). True and correct copies of that public record is attached to the Request for Judicial Notice Exhibit as Exhibit C.

**Lack of Authorized Consent for Removal**

13. The Notice of Removal (Dkt. 1) does not contain a separate consent or joinder from And Action LLC.

14. The only purported consent appears in Paragraph 5 of the Declaration of Robyne Gordon (Dkt. 1-4), which states: "To the extent necessary, And Action LLC consents to Defendants' removal of this action to Federal Court."

15. Ms. Gordon identifies herself as Senior Director, Legal Operations for "TPS at Fort Mac, LLC." She provides no basis for authority to act on behalf of the terminated entity, And Action LLC, or its parent entity. She is not listed as a manager, member, or registered agent in the Georgia Secretary of State's filings for either And Action LLC or JoyGA Holding LLC.

16. Mr. Perry, who did act as the manager of And Action LLC, submitted a separate declaration (Dkt. 1-5) but did not consent to removal on behalf of And Action LLC.

**Filing Timing and Protective Purpose**



- 4 -
DECL OF JJD. ISO MOTION TO REMAND

18. The present motion was filed on October 24, 2025, within the thirty-day period prescribed by 28 U.S.C. §1447(c) following the September 24, 2025, Notice of Removal.

19. Plaintiff intends to re-notice or re-file this motion with identical content on October 27, 2025, if the Court requires formal compliance with the Standing Order's timing provision.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 24th day of October 2025, in Los Angeles, California.

LAW OFFICES OF JONATHAN J. DELSHAD



By: _____
JONATHAN J. DELSHAD
Attorneys for Plaintiff