UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK DIXON, an individual<br><br>    Plaintiff,<br><br>  vs.<br><br>TYLER PERRY, an individual; TPS PRODUCTION SERVICES, LLC, a Limited Liability Company; AND ACTION LLC, a Limited Liability Company and DOES 1-50, Inclusive,<br><br>    Defendants. | Case No. 2:25-cv-09112<br><br>**[PROPOSED] ORDER [GRANTING/DENYING] MOTION FOR REMAND.**<br><br>HEARING DATE: November 24, 2025.<br>TIME: 1:30 PM<br>LOCATION: Courtroom 7A, Room 4311 of the Federal Courthouse located at 350 W. 1st St. LA CA 90012.<br><br>JUDGE: Hon. John F. Walter<br><br>Complaint filed: June 13, 2025<br>Trial Date: Not Set. |

Having considered Plaintiff Derek Dixon's Motion for Remand, the accompanying Memorandum of Points and Authorities, the Declarations of Jonathan J. Delshad and the request for judicial notice, the pleadings and papers on file, and oral argument, the Court finds as follows:

1. This action was removed from the Superior Court of the State of California for the County of Los Angeles on September 24, 2025.
2. Defendants have [NOT] failed to carry their burden of establishing subject-matter jurisdiction under 28 U.S.C. § 1332(a) because the Notice of Removal does not plausibly allege complete diversity of citizenship. The Notice relies solely on an allegation that Plaintiff "resides" in California, made on

information and belief, which is legally insufficient to establish domicile for diversity purposes.

3. Additionally, removal [HAS NOT] violated the "rule of unanimity" under 28 U.S.C. § 1446(b)(2)(A) because And Action LLC, a properly served defendant, did not validly consent to removal. The purported consent by Robyne Gordon was unauthorized and therefore ineffective under governing law.

4. [Because these jurisdictional and procedural defects cannot be cured after the thirty-day period prescribed by 28 U.S.C. § 1447(c), remand is mandatory.]

**IT IS HEREBY ORDERED that:**

1. Plaintiff's Motion for Remand is [GRANTED / DENIED];
2. This action is [NOT] REMANDED to the Superior Court of the State of California, County of Los Angeles.
3. The Clerk of this Court is directed to mail a certified copy of this Order to the Clerk of the Superior Court and close the case; and
4. All pending motions are VACATED as moot.

IT IS SO ORDERED.
DATED: _____ , 2025

_____
**HON. JOHN F. WALTER**
United States District Judge