TUCKER ELLIS LLP
Chicago ◆ Cleveland ◆ Columbus ◆ Los Angeles ◆ San Francisco ◆ St. Louis

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DEREK DIXON, an individual | Case No. 2:25-cv-09112-JFW-SKx |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' UNOPPOSED APPLICATION TO CONTINUE HEARINGS ON DEFENDANTS' MOTIONS TO DISMISS (DKT. 38 AND 40) AND PLAINTIFF'S MOTION TO REMAND (DKT. 34)** |
| v. | |
| TYLER PERRY, an individual; TPS PRODUCTION SERVICES, LLC, a Limited Liability Company; AND ACTION, LLC, a Limited Liability Company; and DOES 1 through 10, inclusive | Judge: Honorable John F. Walter |
| Defendants. | Complaint filed: June 13, 2025 |
| | Trial date: Not set |

Upon consideration of the Unopposed to Continue Hearings on Defendants' Motions to Dismiss (Dkt. 38 and 40) and Plaintiff's Motion to Remand (Dkt. 34), and for good cause shown,

IT IS HEREBY ORDERED AND DECREED that Defendants' Application is GRANTED as follows:

The hearing on Defendants' Motions to Dismiss and Plaintiff's Motion to Remand shall be held on December 8, 2025 at 1:30 p.m.

IT IS SO ORDERED.

Dated: October 29, 2025

Hon. John F. Walter, U.S. District Judge

ORDER GRANTING DEFENDANTS' UNOPPOSED APPLICATION