Jonathan J. Delshad [SBN 246176]
LAW OFFICES OF JONATHAN J. DELSHAD
1663 Sawtelle Blvd., Ste 220
Los Angeles, CA 90025
Telephone: (424) 255-8376
Facsimile: (424)256-7899
E-mail: jdelshad@delshadlegal.com

Attorney for Plaintiff, Derek Dixon

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DEREK DIXON, an individual<br><br>    Plaintiff,<br><br>  vs.<br><br>TYLER PERRY, an individual; TPS PRODUCTION SERVICES, LLC, a Limited Liability Company; AND ACTION LLC, a Limited Liability Company and DOES 1-50, Inclusive,<br><br>    Defendants. | Case No. 2:25-cv-09112<br><br>**DECLARATION OF DEREK DIXON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION TO DISMISS.**<br><br>HEARING DATE: November 24, 2025.<br>TIME: 1:30 PM<br>LOCATION: Courtroom 7A, Room 4311 of the Federal Courthouse located at 350 W. 1st St. LA CA 90012.<br><br>JUDGE: Hon. John F. Walter<br><br>Complaint filed: June 13, 2025<br>Trial Date: March 9, 2027 |
|---|---|

I, Derek Dixon, certify and declare as follows:

1. I am the plaintiff in this action. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify thereto.

2. In around late January I began relocating to Santa Monica, California.

3. After I moved to California, Defendants continued to hire me for new jobs (such as re-writes for Joe's college road trip – among other things), continued to contract with me for acting roles which included off-set work (for example, for "Joy Ridge" the "The Oval"), and continued to pay me for other work activities not related to "on-set filming" (such as work on "Losing It"), fully aware that I was residing and working in California.

4. Acting work under the performer agreements included off-camera tasks such as studying scripts, memorizing lines, practicing, and preparing for scenes. I performed those duties from my California residence.

5. Beyond acting, I also performed substantial additional work for Defendants from California, including writing pitch decks, developing story materials, and assisting with production, sales, marketing, and pitching my pilot project "Losing It."

6. Defendants sent scripts and paychecks to my California address while I was living and working in California.

7. I performed the majority of work for Defendants in California during 2023 and 2024, except for approximately seven filming days in Georgia and some limited Rehearsals that were done in Georgia.

8. Acting work under the performance agreements always included off-camera tasks such as script study, memorization, practice, preparation, marketing if needed and any other tasks assigned to me.

9. The "Finding Joy" performer agreement was signed in February of 2024 in California. A redacted copy of which is filed as

Dkt # 38-7, lists my Santa Monica, California address for all contractual notices. Below is a true and correct copy of that section of the agreement with my street number redacted:

> 4. **PERFORMER'S ADDRESS:** All notices which the Producer is required or may desire to give to the Performer may be given either by mailing the same addressed to the Performer at ███████████████ Santa Monica, CA 90401 ███████ or such notice may be given to the Performer personally, either orally or in writing.

10. The call sheets that Defendants rely upon only show the days and locations of filming in Georgia. Those documents do not reflect any of the writing, memorizing, or other non-filming work, I performed for Defendants in California.

11. No attorney negotiated any of the four performer agreements I signed with Defendants.

12. Ralph Stephens, cited by Defendants as my "agent," was a friend who merely summarized one agreement ("The Oval") and explained it to me as a personal favor. He was not paid to summarize the agreement. It was not his job to, nor did he, negotiate any terms of the agreement on my behalf. Nor were any of the contractual provisions negotiated or modified from the original version that they were presented to me.

13. Mr. Stephens had no role in later amendments of the Oval Agreement or any role in summarizing any other agreement. I reviewed everything other than the 1st season Oval contract by myself against Defendants' attorneys.

14. In fact, Defendant's attorney who informed me of my 7th Season assignment on "The Oval" and who made other communications with me on behalf of Defendants was Mark S. Temple, a California attorney, with address 11660 Duque Drive, Studio City, California, 91604.

1 | Executed this 17th day of November, in Los Angeles, California.

By: _____
DEREK DIXON

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on this 17th day of November 2025, all counsel of record who are deemed to have consented to electronic services are being served with a copy of this Document via email.

LAW OFFICES OF JONATHAN J. DELSHAD

\_\_\_\_/s_____

1663 Sawtelle Blvd., Suite 220

Los Angeles, CA 90025

Telephone: 424-255-8367

Facsimile: 424-256-7899

<jdelshad@delshadlegal.com>

*Attorney for Plaintiff*