**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.   **CV 25-9112-JFW(SKx)** | Dated: December 5, 2025 |

Title:   Derek Dixon -v- Tyler Perry, et al.

---

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly**<br>**Courtroom Deputy** | **None Present**<br>**Court Reporter** |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER TAKING UNDER SUBMISSION PLAINTIFF'S MOTION FOR REMAND [filed 10/24/2025, 10/27/2025; Docket Nos. 34, 36]**

**ORDER TAKING UNDER SUBMISSION DEFENDANTS' MOTION TO DISMISS [filed 10/27/2025; Docket No. 38];**

**ORDER TAKING UNDER SUBMISSION DEFENDANTS' MOTION TO DISMISS [filed 10/28/2025; Docket No. 40]**

   The following matters are on calendar for December 8, 2025 at 1:30 p.m.: (1) Plaintiff's Motion for Remand (Docket Nos. 34 and 36); (2) Defendants' Motion to Dismiss (Docket No. 38); and (3) Defendants' Motion to Dismiss (Docket No. 40).  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that these matters are appropriate for decision without oral argument.  The hearing calendared for December 8, 2025 is hereby vacated and the matters are taken off calendar.  The matters will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

   IT IS SO ORDERED.